**In re SILICA PRODUCTS LIABILITY LITIGATION.**

**No. 04–0606.**

Texas Judicial Panel on Multidistrict Litigation.

Nov. 10, 2004.

APPOINTMENT OF PRETRIAL JUDGE IN THE FOLLOWING MULTIDISTRICT LITIGATION CASE:

Pursuant to Administrative Rule 13, the cases listed on Appendix A, attached here-to and incorporated herein for all purposes, and tag-along cases if any, are transferred to Judge Tracy Christopher of the 295th District Court of Harris County.

Justice CASTILLO not sitting.

## APPENDIX A

### Amended Appendix A, Part I and II

This amended appendix contains the statutory information regarding cases requested for transfer. For ease of reference, the amended Appendix consists of two parts. Part I identifies Cause Number, Style, Court, Plaintiffs and Plaintiffs' Counsel. Part II identifies defendants, the cases in which they are a party and their counsel.

### Part I

| No. | Cause Number | Style | Court | Plaintiffs | Plaintiffs' Counsel |
|---|---|---|---|---|---|
| 1 | 2003-126205-A | *Jose Aguilar, et al. v. Air Liquide America L.P., Individually and as successor in interest and by merger to Big Three Industries Inc., et al.* | 107th District Court of Cameron County, TX | Jose Aguilar; Ruben Barrera; Rogelio Casados; Ismael S. Garcia; Saturnino Perez; Pablo A. Ramos; Roberto C. Renteria; Rafael Sanchez; Israel Soto; Jose H. Suarez; and Rogelio Del Toro | Bruce W. Steckler Christopher G. Brady **Silber Pearlman, L.L.P.** 2711 N. Haskell Avenue Cityplace 5th Floor L.B. 32 Dallas, TX 75204 214-871-7000 (phone) 214-824-8100 (fax) |
| 2 | 31074 | *Howard Allen, Jr., et al. v. ABCO Industries, a subsidiary of Peerless Manufacturing, et al.* | 71st District Court of Harrison County, TX | Howard Allen, Jr.; Jovaline Allen; Ricky Dunaway; Gary Fadoul; Max Haskins; Dee Haskins; P.C. Howeth and Mary Howeth | Nelson J. Roach njroach@nixlawfirm.com Alexandra V. Boone avboone@nixlawfirm.com Keith L. Langston klangston@nixlawfirm.com R. Brandon Moore bmoore@nixlawfirm.com **Nix, Patterson & Roach L.L.P.** 205 Linda Drive Daingerfield, TX 75638 903-645-7333 (phone) 903-645-4415 (fax) |
| 3 | GN30-4852 | *Casimiro Alvarez, et al. v. Air Liquide America L.P., Individually and as successor in interest and by merger to Big Three Industries Inc., et al.* | 345th District Court of Travis County, TX | Casimiro Alvarez; Jesus Costilla; Pedro Delacruz; Enrique Flores; Jesus Flores; Martin Flores; Arturo Gallegos; Rudolph Grunwald; Ricardo Hernandez, Jr.; Arnulfo Martinez; Refugio | Bruce W. Steckler Christopher G. Brady **Silber Pearlman, L.L.P.** 2711 N. Haskell Avenue Cityplace 5th Floor L.B. 32 Dallas, TX 75204 214-871-7000 (phone) 214-824-8100 (fax) |

| No. | Cause Number | Style | Court | Plaintiffs | Plaintiffs' Counsel |
|---|---|---|---|---|---|
| | | | | Rea and Lorenzo Trujillo | |
| 4 | 04C0107-102 | *Harvey Edward Arnold, et al. v. Air Liquide America L.P., Individually and as successor in interest and by merger to Big Three Industries Inc., et al.* | 102nd District Court of Bowie County, TX | Harvey Edward Arnold; Hermon Harvey Arnold; Mack Ray Eason, Jr.; Kenneth W. Houff; Curtis Jones; James E. Moore; Floyd H. Rodgers and Otis Cheatham | David D. Parron d-parron@sbcglobal.net **The Parron Firm** 404 E. First Street Arlington, TX 76010 817-459-4459 (phone) 817-459-0067 (fax) |
| 5 | 04C-013-4242 | *Robert Austin, et al. v. Air Liquide America L.P., Individually and as successor in interest and by merger to Big Three Industries Inc., et al.* | 202nd District Court of Bowie County, TX | Robert L. Austin; Norris G. Howley; Jimmy T. Patterson; Charles B. Pree and Otis D. Williams | David D. Parron d-parron@sbcglobal.net **The Parron Firm** 404 E. First Street Arlington, TX 76010 817-459-4459 (phone) 817-459-0067 (fax) |
| 6 | GN30-4860 | *Jessie Balinski, et al. v. Air Liquide America L.P., Individually and as successor in interest and by merger to Big Three Industries Inc., et al.* | 261st District Court of Travis County, TX | Jessie Balinski; David L. Burks; Ollie Denmark; Fred Estrada; Alberto M. Hinojosa; Anthony W. Jackson; Raymond Johnson; Abel Lopez; Jose Medina; Refugio Rodriguez; Marvin C. Stange and Jack Wininger | Bruce W. Steckler Christopher G. Brady **Silber Pearlman, L.L.P.** 2711 N. Haskell Avenue Cityplace 5th Floor L.B. 32 Dallas, TX 75204 214-871-7000 (phone) 214-824-8100 (fax) |
| 7 | 04C0108-202 | *Homer Batchelor, et al. v. Air Liquide America L.P., Individually and as successor in interest and by merger to Big Three Industries Inc., et al.* | 202nd District Court of Bowie County, TX | Homer Batchelor; Johnny W. Blair; Delbert Blundell; Raymond H. Butterfield; Richard F. Capson; Chester Harrington and John T. Hillis | David D. Parron d-parron@sbcglobal.net **The Parron Firm** 404 E. First Street Arlington, TX 76010 817-459-4459 (phone) 817-459-0067 (fax) |
| 8 | 2003-5568 | *Luis Bellman, et al. v. Air Liquide America L.P., Individually and as successor in interest and by merger to Big Three Industries Inc., et al.* | In the 210th Judicial District Court of El Paso County, TX | Luis Bellman; Gilbert A. Avila; Pedro Flores; Antonio Gomez; Manuel G. Gonzales; Efren Martinez; Ignacio Munoz; Michael W. Partington; Richard G. Rey; Raul Velarde and Luis Velasquez | Bruce W. Steckler Christopher G. Brady **Silber Pearlman, L.L.P.** 2711 N. Haskell Avenue Cityplace 5th Floor L.B. 32 Dallas, TX 75204 214-871-7000 (phone) 214-824-8100 (fax) |
| 9 | B-116623 | *Jerry M. Box v. Clemco Industries, et al.* | In the 161st Judicial District Court of Ector County, TX | Jerry M. Box | Lance P. Bradley lbradley@mc-law.net **McPherson, Monk, Hughes, Bradley, Wimberley & Steele, L.L.P.** 3120 Central Mall Dr. Port Arthur, TX 77642 409-724-6644 (phone) 409-724-7585 (fax) |
| 10 | 031160606D | *Esmeregildo Castillo v. Aearo Compa-* | In the 377th Judicial | Esmeregildo Castillo | Russell C. Brown rb@wellbornhouston.com |

| No. | Cause Number | *Style* | Court | Plaintiffs | Plaintiffs' Counsel |
|-----|--------------|---------|-------|-----------|---------------------|
| | | ny, f/k/a Cabot Safety Corporation et al. | District Court of Victoria County, TX | | **Wellborn, Houston, Adkison, Mann, Sadler & Hill** P.O. Box 1109 Henderson, TX 75653–1109 903-657-8544 (phone) 903-657-7227 (fax) |
| 11 | 04C0112-005 | *Henry Etta Childs, et al. v. Air Liquide America L.P., Individually and as successor in interest and by merger to Big Three Industries Inc., et al.* | 5th District Court of Bowie County, TX | Henry Etta Childs; Darrell Bowie B. Dillard; Jonathan C. Gilbert; Guadalupe C. Serna and William T. Terral | David D. Parron d-parron@sbcglobal.net **The Parron Firm** 404 E. First Street Arlington, TX 76010 817-459-4459 (phone) 817-459-0067 (fax) |
| 12 | 03-CV-1864 | *Delvieta Cotton, et al. v. Air Liquide America L.P., Individually and as successor in interest and by merger to Big Three Industries Inc., et al.* | In the 405th Judicial District Court of Galveston County, TX | Delvieta Cotton; Edgar L. Brooks; Early Carpenter; Juan C. Cossio Pedro Cuello; Nicholas Dillingham; Michael Dunn; Larry W. Gamble; Lawyer Harrison; Raynaldo Montemayor and Clarence L. Wood | Bruce W. Steckler Christopher G. Brady **Silber Pearlman, L.L.P.** 2711 N. Haskell Avenue Cityplace 5th Floor L.B. 32 Dallas, TX 75204 214-871-7000 (phone) 214-824-8100 (fax) |
| 13 | GN30-4853 | *John Cunningham, et al. v. Air Liquide America L.P., Individually and as successor in interest and by merger to Big Three Industries Inc., et al.* | 353rd District Court of Travis County, TX | John Cunningham; Alton Carter; Samuel Chavez; Hosea Christopher; Lewis Collins; Arthur Davis; Robert Ekenrod; and Jerry Foster | Bruce W. Steckler Christopher G. Brady **Silber Pearlman, L.L.P.** 2711 N. Haskell Avenue Cityplace 5th Floor L.B. 32 Dallas, TX 75204 214-871-7000 (phone) 214-824-8100 (fax) |
| 14 | 04-C-0121102 | *Carol Gene Dabney, et al. v. Air Liquide America L.P., Individually and as successor in interest and by merger to Big Three Industries Inc., et al.* | 102nd District Court of Bowie County, TX | Carol Gene Dabney; Benjamin D. Fields, Sr.; Hillis Holden; Lenard Hughey; Elmer Jamison; Ronnie Lee Johnson and Billy Richardson | David D. Parron d-parron@sbcglobal.net **The Parron Firm** 404 E. First Street Arlington, TX 76010 817-459-4459 (phone) 817-459-0067 (fax) |
| 15 | GN304859 | *Stephen Darnell, et al. v. Air Liquide America L.P., Individually and as successor in interest and by merger to Big Three Industries Inc., et al.* | 250th District Court of Travis County, TX | Stephen Darnell, Sr.; Alfred Brooks; Lawrence Dirden; Mose s Fontenot, Jr.; Thomas L. Jones; Cecil Roberts; Charles Sinnette; Donald Thompson and Herbert Turner | Bruce W. Steckler Christopher G. Brady **Silber Pearlman, L.L.P.** 2711 N. Haskell Avenue Cityplace 5th Floor L.B. 32 Dallas, TX 75204 214-871-7000 (phone) 214-824-8100 (fax) |
| 16 | 031160591A | *Gordan L. DeLoach and Mary DeLoach v. Aearo Company f/k/a Cabot Safety Corporation, et al.* | In the 24th Judicial District Court of Victoria County, TX | Gordon L. DeLoach and Mary DeLoach | Russell C. Brown rb@wellbornhouston.com **Wellborn, Houston, Adkison, Mann, Sadler & Hill** P.O. Box 1109 Henderson, TX 75653-1109 903-657-8544 (phone) 903-657-7227 (fax) |
| 17 | 03-12810 | *Roy Escareno, et al. v. Air Liquide America Corpora-* | In the 298th Judicial District | Roy Escareno; Scottie Worthington; Charles | Joseph F. Bruegger P. Michael McCullough, Jr. **Bruegger & McCullough, P.C.** |

| No. | Cause Number | *Style* | Court | Plaintiffs | Plaintiffs' Counsel |
|---|---|---|---|---|---|
| | | tion, et al. | Court of Dallas County, TX | D. Cupp; Emmitt Davis; Ranford D. Denoon; Jose Gaytan Munoz; Israel Navarro; Mario Alberto Rodriquez; James Ross; James W. Shellabarger and Ray J. Williams | 9400 North Central Expressway, Suite 1305, LB 171 Dallas, TX 75231 214-365-9000 (phone) 241-365-9003 (fax) |
| 18 | 27126 | *Warren Foley, Jr., et al. v. Air Liquide America L.P., Individually and as successor in interest and by merger to Big Three Industries Inc., et al.* | 239th District Court of Brazoria County, TX | Warren Foley, Jr.; Paul Chizer; Charles Corsentino; Keith Herzogenrath; Mallory James; Wilford James; Thomas Scott; Hillard Townsend, Sr. and Fred Wielder | Bruce W. Steckler Christopher G. Brady **Silber Pearlman, L.L.P.** 2711 N. Haskell Avenue Cityplace 5th Floor L.B. 32 Dallas, TX 75204 214-871-7000 (phone) 214-824-8100 (fax) |
| 19 | 27080 | *Chester Gilliam, et al. v. Air Liquide America L.P., Individually and as successor in interest and by merger to Big Three Industries Inc., et al.* | 149th District Court of Brazoria County, TX | Chester Gilliam; Leo Brock; Larry Cunningham; Robert Curtis; Phillip Diaz; Raymond Estes; Joe Gelleland; Ellis Greener; Carl Smith and Rober Schuck | Bruce W. Steckler Christopher G. Brady **Silber Pearlman, L.L.P.** 2711 N. Haskell Avenue Cityplace 5th Floor L.B. 32 Dallas, TX 75204 214-871-7000 (phone) 214-824-8100 (fax) |
| 20 | 2003-5567 | *Refugio Gutierrez, et al. v. Air Liquide America L.P., Individually and as successor in interest and by merger to Big Three Industries Inc., et al.* | In the 168th Judicial District Court of El Paso County, TX | Refugio Gutierrez; Raul Archuleta; Dennis Bell; Carlos Corral; Eleno Diaz; Lorenzo G. Enriquez; Pablo R. Garcia; Enrique Jacquez; Antonio Martinez; Roberto Nanez and Eduardo T. Ramirez | Bruce W. Steckler Christopher G. Brady **Silber Pearlman, L.L.P.** 2711 N. Haskell Avenue Cityplace 5th Floor L.B. 32 Dallas, TX 75204 214-871-7000 (phone) 214-824-8100 (fax) |
| 21 | CC-03-15544-C | *Thomas P. Hale, Jr., et al. v. Air Liquide America L.P., Individually and as successor in interest and by merger to Big Three Industries Inc., et al.* | County Court # 3 of Dallas, TX | Thomas P. Hale, Jr.; Gabriel F. Gonzales; Ricky Hennigan; Cleonard Jones; Lino Lopez; John P. McDaniel; Johnny Robinson and Jose I. Morales | Bruce W. Steckler Christopher G. Brady **Silber Pearlman, L.L.P.** 2711 N. Haskell Avenue Cityplace 5th Floor L.B. 32 Dallas, TX 75204 214-871-7000 (phone) 214-824-8100 (fax) |
| 22 | B-172176 | *Lewis Thomas Hammock, Sr., and Ruby Hammock v. Aearo Company f/k/a Cabot Safety Corporation, et al.* | In the 60th Judicial District Court of Jefferson County, TX | Lewis Thomas Hammock, Sr., and Ruby Hammock | Barry L. Bobbitt **Bobbitt Law Firm, P.C.** 6060 N. Central Expwy, Suite 320 Dallas, TX 75206 241-361-4242 (phone) 241-361-4248 (fax) |
| 23 | C-116624 | *Melvin Jones v. Oglebay Norton Industrial Sands, Inc., et al.* | In the 244th Judicial District Court of Ector County, TX | Melvin Jones | Lance P. Bradley lbradley@mc-law.net **McPherson, Monk, Hughes, Bradley, Wimberley & Steele, L.L.P.** 3120 Central Mall Dr. Port Arthur, TX 77642 |

| No. | Cause Number | *Style* | Court | Plaintiffs | Plaintiffs' Counsel |
|---|---|---|---|---|---|
| | | | | | 409-724-6644 (phone) 409-724-7585 (fax) Robert E. White Bobwhitel@cableone.net **Childs, Bishop & White** 310 N. Lincoln Odessa, TX 79761 915-337-5421 (phone) |
| 24 | GN304856 | *Richard Nichols, et al. v. Air Liquide America L.P., Individually and as successor in interest and by merger to Big Three Industries Inc., et al.* | 126th District Court of Travis County, TX | Richard Nichols; Oscar C. Cienfuegos; Floyd Green; Bobby Gwin; Billy Husemann; Donald R. Eubanks; Thomas E. Jackson; Benjamin P. Jimenez; Richard L. Johnson; Burrel Jones, Jr.; Edgar Lentz and Roel Vela | Bruce W. Steckler Christopher G. Brady **Silber Pearlman, L.L.P.** 2711 N. Haskell Avenue Cityplace 5th Floor L.B. 32 Dallas, TX 75204 214-871-7000 (phone) 214-824-8100 (fax) |
| 25 | 2004-03-1307-A | *Miguel Noyola v. American Optical Corporation, et al.* | 107th Judicial District Court of Cameron County, TX | Miguel Noyola | Lance P. Bradley lbradley@mc-law.net **McPherson, Monk, Hughes, Bradley, Wimberley & Steele, L.L.P.** 3120 Central Mall Dr. Port Arthur, TX 77642 409-724-6644 (phone) 409-724-7585 (fax) Dana Allison **The Allison Law Firm** 855 East Harrison Brownsville, TX 78520 956-541-8338 (phone) 956-541-2535 (fax) |
| 26 | 0307673000E | *Augustine Ortiz, et al. v. Air Liquide America L.P., Individually and as successor in interest and by merger to Big Three Industries Inc., et al.* | In the 148th Judicial District Court of Nueces County, TX | Augustine Ortiz; Eliseo Alvarez; Trinidad Estrada; Frank Garcia; Juan Hinojosa; Israel Leiba; Fred Alberto Reyna; Jesus Rosas and Jose Soto | Bruce W. Steckler Christopher G. Brady **Silber Pearlman, L.L.P.** 2711 N. Haskell Avenue Cityplace 5th Floor L.B. 32 Dallas, TX 75204 214-871-7000 (phone) 214-824-8100 (fax) |
| 27 | GN30-4855 | *Franklin L. Petry, et al. v. Air Liquide America L.P., Individually and as successor in interest and by merger to Big Three Industries Inc., et al.* | In the 97th Judicial District Court of Travis County, TX | Franklin L. Petry; Emilio R. Alaniz; Bearl D. Brown; Joseph T. Harris, Jr.; Henry Horton; Vidal Molina; Grady L. Sizemore; Verie J. Thraikill and Emilio Zamora, III | Bruce W. Steckler Christopher G. Brady **Silber Pearlman, L.L.P.** 2711 N. Haskell Avenue Cityplace 5th Floor L.B. 32 Dallas, TX 75204 214-871-7000 (phone) 214-824-8100 (fax) |
| 28 | 27081 | *Robert Shaw, et al. v. Air Liquide America L.P., Individually and as successor in interest and by merger to Big Three Industries Inc., et al.* | 149th District Court of Brazoria County, TX | Robert M. Shaw; Jesus Z. Adame; Jose C. Baladez; Frank W. Black; Clarence W. Brown, Jr.; Jerry W. Dunnahow; Zaragosa F. | Bruce W. Steckler Christopher G. Brady **Silber Pearlman, L.L.P.** 2711 N. Haskell Avenue Cityplace 5th Floor L.B. 32 Dallas, TX 75204 214-871-7000 (phone) 214-824-8100 (fax) |

| No. | Cause Number | *Style* | Court | Plaintiffs | Plaintiffs' Counsel |
|---|---|---|---|---|---|
| | | | | Garcia; Franklin K. Kucera; Louis Lara; Joe A. Mack; Raymond Olivas; Luis C. Ramos; Louis Robinson and Larry Ray Woodard, Sr. | |
| 29 | D-172,453 | *William Standish, et al. v. Pulmosan Safety Equipment Corporation, et al.* | In the 136th Judicial District Court of Jefferson County, TX | William Standish; Tommy Baker; Qulice Benoit; Anthony Dumas; Louis Guerrero; Edgar Hall; William Mitchell; Johnny Phelps; Felix Wiley and James G. Williams | Jason L. Cansler Jason@bcoonlaw.com **Brent Coon & Associates** 3550 Fannin Street Beaumont, TX 77701 409-835-2666 (phone) 409-833-4483 (fax) |
| 30 | E172020 | *John C. Troquille v. American Optical Corporation, et al.* | In the 172nd Judicial District Court of Jefferson County, TX | John C. Troquille | Lance P. Bradley lbradley@mc-law.net **McPherson, Monk, Hughes, Bradley, Wimberley & Steele, L.L.P.** 3120 Central Mall Dr. Port Arthur, TX 77642 409-724-6644 (phone) 409-724-7585 (fax) |
| 31 | GN30-4854 | *James C. Wilkinson, et al. v. Air Liquide America L.P., Individually and as successor in interest and by merger to Big Three Industries Inc., et al.* | 53rd District Court of Travis County, TX | James C. Wilkinson; James B. Byrd; Jesse J. Clay; Joe Deases; Tomas Garcia; Maurice Hatter; Garland Menifee, Jr.; Manuel Paz and Vivian Pizana | Bruce W. Steckler Christopher G. Brady **Silber Pearlman, L.L.P.** 2711 N. Haskell Avenue Cityplace 5th Floor L.B. 32 Dallas, TX 75204 214-871-7000 (phone) 214-824-8100 (fax) |
| 32 | 03-12973 | *Illya S. Wingfield, et al. v. Air Liquide America Corporation, et al.* | In the 298th Judicial District Court of Dallas County, TX | Illya Shun Wingfield; Roderick Adams Claudette Arps; James Bell; Odell Garner; Tommy Lee Harris; Antonio L. Johnson, Sr.; Jerry White and Bobby Williamson | Joseph F. Bruegger P. Michael McCullough, Jr. **Bruegger & McCullough, P.C.** 9400 North Central Expressway, Suite 1305, LB 171 Dallas, TX 75231 214-365-9000 (phone) 241-365-9003 (fax) |
| 33 | 22080 | *Lawrence Lee Wright v. Aearo Company f/k/a Cabot Safety Corporation, et al.* | In the 25th Judicial District Court of Gonzales County, TX | Lawrence Lee Wright | Russell C. Brown rb@wellbornhouston.com **Wellborn, Houston, Adkison, Mann, Sadler & Hill** P.O. Box 1109 Henderson, TX 75653-1109 903-657-8544 (phone) 903-657-7227 (fax) |
| 34 | 2:04CV145-P-B | *David Young v. Air Liquide America L.P., Individually and as successor in interest and by merger to Big Three Industries Inc., et al.* | In the 58th Judicial District Court of Jefferson County, TX | David Young; Marvin Benjamin; Howard Brown; Lewis Davis; J.W. Freeman; Sears Griffin; Clyde Sims and Abra L. Young | Bruce W. Steckler Christopher G. Brady **Silber Pearlman, L.L.P.** 2711 N. Haskell Avenue Cityplace 5th Floor L.B. 32 Dallas, TX 75204 214-871-7000 (phone) 214-824-8100 (fax) |

| No. | Cause Number | *Style* | Court | Plaintiffs | Plaintiffs' Counsel |
|---|---|---|---|---|---|
| 35 | 04-16606-A | *John W. Smith, Sr. v. Minnesota Mining & Manufacturing Company, et al.* | In the 7th Judicial District Court of Smith County, TX | John W. Smith, Sr. | Jason A. Gibson jgibson@smith-gibson.com Russell Endsley rendsley@smith-gibson.com Dennis C. Postiglione **Smith Gibson** 909 Fannin, Suite 3850 Houston, TX 77010 713-359-2727 (phone) 713-659-2813 (fax) |
| 36 | cv44616 | *Clint Parker v. Minnesota Mining & Manufacturing Company, et al.* | District Court of Midland County, TX | Clint Parker | Jason A. Gibson jgibson@smith-gibson.com Russell Endsley rendsley@smith-gibson.com Dennis C. Postiglione **Smith Gibson** 909 Fannin, Suite 3850 Houston, TX 77010 713-359-2727 (phone) 713-659-2813 (fax) |
| 37 | 2003-04-2033-C | *Onesimo Villarreal V. American Optical Corp., et al.* | In the 197th Judicial District Court of Cameron County, TX | Onesimo Villarreal | Lance P. Bradley lbradley@mc-law.net **McPherson, Monk, Hughes, Bradley, Wimberley & Steele, L.L.P.**3120 Central Mall Dr. Port Arthur, TX 77642 409-724-6644 (phone) 409-724-7585 (fax) |
| 38 | 236-205061-04 | *Bobby Joe Henry v. American Optical Corp., et al.* | In the 153rd Judicial District Court of Tarrant County, TX | Bobby Joe Henry | Jamshyd M. Zadeh Douglas K. Williams **Law Office Of Jim Zadeh, P.C.** 115 West 2nd Street, Suite 201 Fort Worth, TX 76102 817-335-5100 (phone) 817-335-3974 (fax) |
| 39 | 04CV0366 | *Joseph Chuculate, Jr. v. American Optical Corp., et al.* | In the 56th Judicial District Court of Galveston County, TX | Joseph Chuculate, Jr. | Jamshyd M. Zadeh Douglas K. Williams **Law Office Of Jim Zadeh, P.C.** 115 West 2nd Street, Suite 201 Fort Worth, TX 76102 817-335-5100 (phone) 817-335-3974 (fax) |
| 40 | 04-0359 | *Franklin D. Johnson v. American Optical Corp., et al.* | In the 71st Judicial District Court of Harrison County, TX | Franklin D. Johnson | Jamshyd M. Zadeh Douglas K. Williams **Law Office Of Jim Zadeh, P.C.** 115 West 2nd Street, Suite 201 Fort Worth, TX 76102 817-335-5100 (phone) 817-335-3974 (fax) |
| 41 | 2003-04-2034-E | *Enrique Rodriguez v. American Optical Corp., et al.* | In the 357th Judicial District Court of Cameron County, TX | Enrique Rodriguez | Lance P. Bradley lbradley@mc-law.net **McPherson, Monk, Hughes, Bradley, Wimberley & Steele, L.L.P.** 3120 Central Mall Dr. Port Arthur, TX 77642 409-724-6644 (phone) 409-724-7585 (fax) <br><br> Dana Allison **The Allison Law Firm** 855 East Harrison Brownsville, TX 78520 956-541-8338 (phone) 956-541-2535 (fax) |

| No. | Cause Number | Style | Court | Plaintiffs | Plaintiffs' Counsel |
|-----|-------------|-------|-------|-----------|---------------------|
| 42 | 2003-04-002032-A | *Francisco Sauceda v. American Optical Corp., et al.* | In the 107th Judicial District Court of Cameron County, TX | Francisco Sauceda | Lance P. Bradley lbradley@mc-law.net **McPherson, Monk, Hughes, Bradley, Wimberley & Steele, L.L.P.** *3120 Central Mall Dr. Port Arthur, TX 77642 409-724-6644 (phone) 409-724-7585 (fax)* |
| 43 | 2003-05-2561-D | *Humberto Garcia v. American Optical Corp., et al.* | In the 103rd Judicial District Court of Cameron County, TX | Humberto Garcia | Lance P. Bradley lbradley@mc-law.net **McPherson, Monk, Hughes, Bradley, Wimberley & Steele, L.L.P.** 3120 Central Mall Dr. Port Arthur, TX 77642 409-724-6644 (phone) 409-724-7585 (fax)  Dana Allison **The Allison Law Firm** 855 East Harrison Brownsville, TX 78520 956-541-8338 (phone) 956-541-2535 (fax) |
| 44 | 04cv0583 | *James Rush, Jr. v. 3M Company, et al.* | 122nd District Court of Galveston County | James Rush, Jr. | **Heard, Robins, Cloud, Lubel & Greenwood, LLP** 500 Dallas, Suite 3100 Houston, TX 77002 713-650-1200 (phone) 713-650-1400 (fax) |
| 45 | 040086C | *J.C. Ard v. American Optical Corp., et al.* | 163rd District Court of Orange County, TX | J.C. Ard | **McPherson, Monk, Hughes, Bradley, Wimberley & Steele, L.L.P.** 3120 Central Mall Dr. Port Arthur, TX 77642 409-724-6644 (phone) 409-724-7585 (fax) |
| 46 | C116464 | *Ranulfo Lujan v. Lone Star Industries, et al.* | 244th District Court of Ector County, TX | Ranulfo Lujan | **McPherson, Monk, Hughes, Bradley, Wimberley & Steele, L.L.P.** 3120 Central Mall Dr. Port Arthur, TX 77642 409-724-6644 (phone) 409-724-7585 (fax) |
| 47 | 03CV133112 | *Marion Earls and Paula Earls v. Clark Sand Co., Inc., et al* | .268th District Court of Fort Bend County, | Marion Earls and Paula Earls | Russell C. Brown rb@wellbornhouston.com **Wellborn, Houston, Adkison, Mann, Sadler & Hill** P.O. Box 1109 Henderson, TX 75653-1109 903-657-8544 (phone) 903-657-7227 (fax) |
| 48 | 200414281 | *Martha Leija Moreno Individually & on Behalf of the Estate v. Minnesota Mining and Manufacturing Company* | 164th District Court of Harris County, TX | Martha Leija Moreno; Ezequiel Gallegos Moreno Sr.; Ezequiel Gallegos Moreno Jr.; Gloria Moreno | Jason A. Gibson **Smith Gibson** 909 Fannin, Suite 3850 Houston, TX 77010 713-359-2727 (phone) 713-659-2813 (fax) |
| 49 | 20031114480 | *Alvin McDow and Kathryn McDow v. 3M Company, et al.* | 135th District Court of Calhoun County, TX | Alvin McDow and Kathryn McDow | Russell C. Brown rb@wellbornhouston.com **Wellborn, Houston, Adkison, Mann, Sadler & Hill** P.O. Box 1109 Henderson, TX 75653-1109 903-657-8544 (phone) 903-657-7227 (fax) |

| No. | Cause Number | Style | Court | Plaintiffs | Plaintiffs' Counsel |
|-----|-----|-----|-----|-----|-----|
| 50 | 20031114481 | *Garland H. Shaw v. 3M Company, et al.* | 267th District Court of Calhoun County, TX | Garland H. Shaw | Russell C. Brown rb@wellbornhouston.com **Wellborn, Houston, Adkison, Mann, Sadler & Hill** P.O. Box 1109 Henderson, TX 75653-1109 903-657-8544 (phone) 903-657-7227 (fax) |
| 51 | 200363748 | *Charley Mosley, Jr. v. Air Liquide American Corp., et al.* | 334th District Court of Harris County, TX | Charley Mosley, Jr. | **McPherson, Monk, Hughes, Bradley, Wimberley & Steele, L.L.P.** 3120 Central Mall Dr. Port Arthur, TX 77642 409-724-6644 (phone) 409-724-7585 (fax) |
| 52 | 031119C | *Carl Williams v. 3M Company, et al.* | 260th District Court of Orange County, TX | Carl Williams | **Smith Gibson** 909 Fannin, Suite 3850 Houston, TX 77010 713-359-2727 (phone) 713-659-2813 (fax) |
| 53 | 02-11729 | *Marshall Shedd, et al. v. Air Liquide America Corporation, et al.* | 68th District Court of Dallas County, TX | Marshall Shedd; Eddie Ree Gholston; Marvin McDonald; Mario A. Rosales and William K. Taylor | Joseph F. Bruegger P. Michael McCullough, Jr. **Bruegger & McCullough, P.C.** 9400 North Central Expressway, Suite 1305, LB 171 Dallas, TX 75231 214-365-9000 (phone) 241-365-9003 (fax) |
| 54 | D-116,653 | *Jesse Maldonado v. American Optical Corporation, et al.* | 358th District Court of Ector County, TX | Jesse Maldonado | Lance P. Bradley Justin G. Sanderson **McPherson, Monk, Hughes, Bradley, Wimberley & Steele, L.L.P.** 3120 Central Mall Drive Port Arthur, TX 77642 409-724-6644 (phone) 409-724-7585 (fax)<br><br>Robert E. White<br><br>**Childs, Bishop & White** 310 N. Lincoln Odessa, TX 79761 915-337-5421 (phone) |
| 55 | D-116,453 | *Ciro Calanche v. Oglebay Norton Industrial Sands, Inc. f/n/a Texas Mining Company, et al.* | 358th District Court of Ector County, TX | Ciro Calanche | Lance P. Bradley **McPherson, Monk, Hughes, Bradley, Wimberley & Steele, L.L.P.** 3120 Central Mall Drive Port Arthur, TX 77642 409-724-6644 (phone) 409-724-7585 (fax)<br><br>Robert E. White **Childs, Bishop & White** 310 N. Lincoln Odessa, TX 79761 915-337-5421 (phone) |
| 56 | 03-06221-00-0-C | *Arnoldo Garza v. Pulmosan Safety Equipment Corporation, et al.* | 94th District Court of Nueces County, TX | Arnoldo Garza | Lance P. Bradley **McPherson, Monk, Hughes, Bradley, Wimberley & Steele, L.L.P.** 3120 Central Mall Drive Port Arthur, TX 77642 409-724-6644 (phone) 409-724-7585 (fax) |

| No. | Cause Number | *Style* | Court | Plaintiffs | Plaintiffs' Counsel |
|-----|------|-------|-------|-----------|--------------------|
| | | | | | Abraham Moss<br>5350 S. Staples<br>Corpus Christi, TX 78411 |
| 57 | D031092-C | *Robert Phelps v. American Optical Corporation, et al.* | 260th District Court of Orange County, TX | Robert Phelps | Lance P. Bradley<br>**McPherson, Monk, Hughes, Bradley, Wimberley & Steele, L.L.P.**<br>3120 Central Mall Drive<br>Port Arthur, TX 77642<br>409-724-6644 (phone)<br>409-724-7585 (fax) |
| 58 | 38,952-S | *Donald F. Drenner and Geneva Y. Drenner* | 329th District Court of Wharton County, TX | Donald F. Drenner; Geneva Y. Drenner | Russell C. Brown<br>**Wellborn, Houston, Adkison, Mann, Sadler & Hill, L.L.P.**<br>P.O. Box 1109<br>Henderson, TX 75653-1109<br>903-657-8544 (phone)<br>903-657-7727 (fax) |
| 59 | 0305184E | *Eli Aguilar, et al. v. American Optical Corporation, et al.* | 148th District Court of Nueces County, TX | Eli Aguilar; Juan A. Alcala; Cesar Arriola; Jerry Alvarez; Javier Arellano; Jose R. Barrera; Pete Barrientez; Rafael Blanco; Michael Blankenship; Atansio Salinas Cantu; Horacio Cantu; Fabian Carrion; Moises Caudillo; Jesus Cervantes; Isidor Chavez; Fernando Contreras; Gonzalo Cortez; Ricardo Cruz; Humberto Cuellar; Antonio Delgado; Mike Dudley; Rigoberto Elizondo; Oscar Encinia; Manuel Escobedo; Ulises Espericoeta; Rey Fabela; Guadalupe Tovar Flores; Antonio Garcia; Daniel Garcia; Rene Garcia; Ricardo Garcia; Freddie L. Garza; Jose Noel Garza Jr.; Jose Noel Garza Sr.; Luis Garza; Rene Garza; Victor A. Garza; Guillermo Gomez; Domingo Gonzales; Ernesto Gonzalez Joel Gonzalez; Jorge Gonzalez; Marcos I. Gonzalez; Robin Joseph Griffins; Erik Guettler; Michael Guzman; Alejandro Her- | Geoff J. Henley<br>**Henley & Henley P.C.**<br>2205 North Henderson Ave.<br>Dallas, TX 75206<br>214-821-0222 (phone)<br>214-821-0124 (fax) |

| No. | Cause Number | *Style* | Court | Plaintiffs | Plaintiffs' Counsel |
|-----|--------------|---------|-------|------------|---------------------|
| | | | | nandez; Armando Hernandez; Efrain Hernandez; George Luis Hernandez; Harvey Hernandez; Jorge Hernandez; Juan Hernandez; Roman Hernandez; Rudy F. Hernandez; Walter Hernandez; John Hinojosa; Raul Hinojosa; Ramiro Huerta; David Hurtado; Mario Hurtado; Ramon Hurtado; Guillermo Inzunza; Elmer Johns; Joel Jordon; Ruben Juarez; Thomas Klepac; Freeman Huachuca Lamar; Johnny Laureles; Saul Leal; Albert Lopez; Fernando Lopez; Mario Lopez; Raymond Lopez; Rene Marquez, Jr.; Estanislado Martinez; Ryan Martinez; Brittany Mayes; Sidney McCarty; Arnell Mendoza; Gustavo Miranda; Anthony Mitchell; Victor Morales; Roland Narvaez; Ismael Jesus Nunez; Rene Olivarez; Jose Javiar Paiz; Kelly Patterson; Juan J. Pena; Roland Pena; Alejandro Perez; Jamie Perez; Jose G. Perez; Guy Plata; Omar Ponce; Ricardo Ponce; Andy Ramirez; Jose Cruz Ramos; John Resendez; Luis Riojas; Epitacio Rios; Felix Eric Rios; Jose Luis Rios; Ricardo Rios; Rodrigo Rios; Victor Rios; Reynol R. Rois | |
| 60 | 04-03613-H | *Jimmy Wayne Atkins, et al. v. Air Liquide America, LP, et al.* | 347th District Court of Court of | Jimmy Wayne Atkins; Salvador Pena Beltran; Charles Celes- | Bruce W. Steckler Christopher G. Brady **Silber Pearlman, L.L.P.** 2711 N. Haskell Avenue |

| No. | Cause Number | Style | Court | Plaintiffs | Plaintiffs' Counsel |
|---|---|---|---|---|---|
| | | | Nueces County, TX | tine; Troy T. Davis; Emerico Garcia; Teodirlo Salvador Gonzales; William Alvin Hendrickson | Cityplace 5th Floor L.B. 32 Dallas, TX 75204 214-871-7000 (phone) 214-824-8100 (fax) |
| 61 | CN402088 | *Jimmy Wayne Church, et al. v. Air Liquide America LP, et al* | 200th District Court of Travis County, TX | Jimmy Wayne Church; Bobby G. Collins; Frank J. Havel; Fred Hubert; Earnest Holloway; Elmo Y. Lawson; Lawson; Alfredo Maldonado; L.C. Page; Gilberto Paz; Ronald Lee Roy | Bruce W. Steckler Christopher G. Brady **Silber Pearlman, L.L.P.** 2711 N. Haskell Avenue Cityplace 5th Floor L.B. 32 Dallas, TX 75204 214-871-7000 (phone) 214-824-8100 (fax) |
| 62 | CN402087 | *Tommy Joe Daniels, et al. v. Air Liquide America L.P., et al.* | 126th District Court of Travis County, TX | Tommy Joe Daniels; Robert Diaz; Albert E. Duffield; Cloyd Harrison, Jr.; Kerry Roy; Rito G. Sanchez, Jr.; Arthur J. Thompson; Sergio Verduzco; Edwin Wotipka; Helen Watts | Bruce W. Steckler Christopher G. Brady **Silber Pearlman, L.L.P.** 2711 N. Haskell Avenue Cityplace 5th Floor L.B. 32 Dallas, TX 75204 214-871-7000 (phone) 214-824-8100 (fax) |
| 63 | 0402140000H | *Paul Gawlik, et al. v. Air Liquide America Corporation LP, et al.* | 347th District Court of Nueces County, TX | Paul Gawlik; Adan G. Adame; Robert H. Arispe; Mercedes Castillo, Jr.; Hector A. Chapa; Noe de la Cruz; Oscar Garza, Jr.; Santiago A. Hinojosa; Alfredo O. Martinez; Roger Dale Spencer | David Parron **The Parron Firm** 404 E. First St. Arlington, TX 76010 817-459-4459 (phone) 817-459-0067 (fax) |
| 64 | A0173096 | *Ronald Hare v. Minnesota Mining and Manufacturing Co. et al.* | 58th District Court of Jefferson County, TX | Ronald Hare | John R. Thomas **Brent Coon & Associates, P.C.** 3550 Fannin St. Beaumont, TX 77701 409-835-2666 (phone) 409-833-4483 (fax) |
| 65 | 03c0159005 | *Robert Kennedy et ux v. Lone Star Industries et al.* | 5th District Court of Bowie County, TX | Robert Kennedy | Lance P. Bradley lbradley@mc-law.net **McPherson, Monk, Hughe s, Bradley, Wimberley & Steele, L.L.P.** 3120 Central Mall Dr. Port Arthur, TX 77642 409-724-6644 (phone) 409-724-7585 (fax) |
| 66 | 200437094 | *Roy D. King v. Minnesota Mining and Manufacturing Company, et al.* | 281st District Court of Harris County, TX | Roy D. King; Ronald Sims | Jason A. Gibson **Smith Gibson** 909 Fannin, Suite 3850 Houston, TX 77010 713-359-2727 (phone) 713-659-2813 (fax) |
| 67 | 04CV0772 | *Mitchell Lynch v. Minnesota Mining and Manufacturing* | 405th District Court of | Mitchell Lynch | Jason A. Gibson **Smith Gibson** 909 Fannin, Suite 3850 |

| No. | Cause Number | *Style* | Court | Plaintiffs | Plaintiffs' Counsel |
|---|---|---|---|---|---|
| | | Company, et al. | Galveston County, TX | | Houston, TX 77010<br>713-359-2727 (phone)<br>713-659-2813 (fax) |
| 68 | 29530 | *Cristobal M. Maldonado, et al v. Air Liquide America, LP, et al.* | 149th District Court of Brazoria County, TX | Cristobal M. Maldonado; Guadalupe O. Canchola; Kenneth E. Chaplin; Arturo Charles; James E. Conley; Ernesto Gonzales; Wilbert Lemke | Bruce W. Steckler<br>Christopher G. Brady<br>**Silber Pearlman, L.L.P.**<br>2711 N. Haskell Avenue<br>Cityplace 5th Floor L.B. 32<br>Dallas, TX 75204<br>214-871-7000 (phone)<br>214-824-8100 (fax) |
| 69 | 0402767000A | *Juan Ortiz, Jr. v. Minnesota Mining and Manufacturing Company, et al.* | 28th District Court of Nueces County, TX | Juan Ortiz Jr. | Jason A. Gibson**Smith Gibson**<br>909 Fannin, Suite 3850<br>Houston, TX 77010<br>713-359-2727 (phone)<br>713-659-2813 (fax) |
| 70 | 04CV0745 | *Frank Charles Planka, et al. v. Air Liquide America, L.P., et al.* | 56th District Court of Galveston County, TX | Frank Charles Planka; G.B. Waldrop; Kenneth D. Brown; Eugene de los Santos; Thomas O'Dell Hall; Donald L. Hartos | Bruce W. Steckler<br>Christopher G. Brady<br>**Silber Pearlman, L.L.P.**<br>2711 N. Haskell Avenue<br>Cityplace 5th Floor L.B. 32<br>Dallas, TX 75204<br>214-871-7000 (phone)<br>214-824-8100 (fax) |
| 71 | 0303295000F | *Kenneth and Margaret Hale v. Minnesota Mining and Manufacturing, et al.* | 214th District Court of Nueces County, TX | Kenneth Hale, Margaret Hale | Mike Martin<br>**Maloney, Martin and Mitchell, L.L.P.**<br>3700 Two Houston Center<br>909 Fanin St.<br>Houston, TX 77010<br>713-759-1600 phone<br>713-759-6930 fax |

## Part II

| Defendant | Corresponding Cases | Defendant Counsel Information |
|---|---|---|
| 3M Company | 1-72 | William Curtis Webb<br>cwebb@brsfirm.com<br>**Beck, Redden & Secrest, L.L.P.**<br>One Houston Center<br>1221 McKinney Street, Suite 4500<br>Houston, TX 77010<br>713-951-3700 phone<br>713-951-3720 fax |
| A & L Industrial Services, Inc. | 59 | **Registered Service Agent:**<br>Joe Swindoll<br>11358 East Texas Freeway<br>Houston, TX 77093 |
| A.W. Chesterton Company | 2 | Melissa K. Ferrell<br>mferrell@smsm.com<br>**Segal McCambridge Singer & Mahoney, Ltd.**<br>100 Congress Avenue Suite 700<br>Austin, Texas 78701<br>512-476-7834 phone<br>512-476-7832 fax |
| AAA Sand and Service Inc | 59 | **Registered Service Agent:**<br>Jimmie Lee Rhodes<br>2309 West 34th Street<br>Odessa, TX |
| ABCO, a subsidiary of PEERLESS MANUFACTURING | 2 | **Registered agent:**<br>2322 E. Doublegate,<br>Albany, Georgia 31707 |

| Defendant | Corresponding Cases | Defendant Counsel Information |
|---|---|---|
| Aearo Company | 1, 3-8, 10-16, 18-22, 24, 26-28, 31, 33, 34, 58, 60-63, 67, 70 | Robert Wright<br>rwwright@fpwk.com<br>**Forman, Perry, Watkins, Krutz & Tardy, PLLC**<br>2001 Bryan Street, Suite 1300<br>Dallas, TX 75201-3008<br>214-905-2924 phone<br>214-905-3976 fax |
| Air & Pump Company | 25, 37, 41, 42, 43 | **Home Office:**<br>1535 N. Central Avenue<br>Brownsville, TX |
| Air Equipment Repair, Inc. | 25, 37, 41, 42, 43 | **Registered Service Agent:**<br>Pat Rhoades 618 Avenue E<br>San Antonio, TX 78215 |
| Air Liquide America Corporation | 1, 3-8, 11-14, 17, 19-21, 24, 26-32, 34, 38-40, 45, 51, 53, 54, 57, 59-64, 68, 70-72 | Hubert Oxford, III<br>hubertoxford@benoxford.com<br>**Benckenstein & Oxford, L.L.P.**<br>P.O. Box 150<br>3535 Calder Avenue, Suite 300<br>Beaumont, TX 77706<br>409-833-9182 phone<br>409-833-8819 fax |
| Alamo Iron Works, Inc. | 25, 37, 41, 42, 43 | Kent M. Adams<br>kentadams@adamscoffey.com<br>**Adams & Coffey**<br>P.O. Box 7505<br>Beaumont, TX 77726-7505<br>409-838-6767 phone<br>409-838-6950 fax |
| Alpha Pro Tech, Inc | 65 | **Principle Place of Business:**<br>Mask Facilities<br>236 North 2200 West<br>Salt Lake City, UT<br>801-363-2890 phone<br>801-355-2534 fax |
| AMCOL International d/b/a American Colloid Company | 6, 13, 17, 19, 24, 27, 29, 31, 32, 34, 35, 53, 61 | Roger W. Anderson<br>**Gillen & Anderson, P.C.**<br>613 Shelley Park Plaza<br>Tyler, TX 75701<br>(903) 581-8600 phone<br>(903) 581-8790 fax |
| Ameraflex Robber & Gasket Co., Inc. | 2 | Brian S. Clary<br>**Brian S. Clary & Associates**<br>402 Staitti<br>Humble, TX 77338<br>281-548-1100 phone<br>281-548-1126 fax |
| American Optical Corporation | 1-8, 10-43, 45, 48, 50, 52-63, 65-72 | Jerry C. Parker<br>JParker@Sammons-Parker.com<br>**Sammons & Parker**<br>218 North College<br>Tyler, TX 75702<br>903-595-4541 phone<br>903-595-2864 fax |
| Ameron International | 59 | **Principle Place of Business:**<br>5301 Hollister Road, Suite 200<br>Houston, Texas 77040<br>713-690-7777 phone<br>713-690-2842 fax |
| AMF, Inc. | 56 | **Registered Service Agent:**<br>C.T. Corporation Systems<br>350 N. St. Paul<br>Dallas, TX 75201 |
| Anadarko E & P Company, LP f/k/a Union Pacific Resources Company | 56 | **Registered Service Agent:**<br>C.T. Corporation Systems |

| Defendant | Corresponding Cases | Defendant Counsel Information |
|---|---|---|
| | | 350 N. St. Paul Dallas, TX 75201 |
| Anchor Packing Company | 2, 64 | James R. Old, Jr. jrold@germer.com **Germer Gertz, LLP** 550 Fannin, Suite 700 P.O. Box 4915 (77704) Beaumont, TX 77701 409-654-6700 phone 409-835-3373 fax |
| Arco Oil and Gas | 59 | **Registered Service Agent:** CT. Corporation System 350 N. St. Paul Street Dallas, TX 75201 |
| Atlantic Richfield Company | 56 | **Registered Service Agent:** C.T. Corporation Systems 350 N. St. Paul Dallas, TX 75201 |
| Atlas Hardware Co., Inc. | 10 | **Principle Place of Business:** 49-33 31st Place Long Island City, N.Y. 11101 |
| Atofina Petro Chemicals | 30 | **JENKINS & MARTIN, L.L.P.11** 2516 Calder, Suite 500 Beaumont, Texas 77702 409-832-4242 phone |
| Bacou-Dalloz Safety, Inc. f/k/a WGW Safety Corporation d/b/a Willson Safety Products; Inco Safety Products Company, individually and as successor to Willson Safety Products | 1, 3-8, 10-15, 17-29, 31, 32, 34-43, 45, 48, 53, 56, 59-72 | Jack B. Manning gschlak@mga-law.com **Manning, Gosda & Arredondo, L.L.P.** 5847 San Felipe, Suite 1500 Houston, TX 77057 713-783-7070 phone 713-339-3619 fax |
| Badger Mining Corporation | 59 | **Registered Service Agent:** Ralph Taylor 606 Brazos Street P.O. Box 881 George West, TX 78022 |
| Barry Industrial Sand, Inc. | 29, 38-40, 52 | Daniel R. Richards **Bell, Turney, Coogan & Richards L.L.P.** 823 Congress Avenue, Suite 7 Austin, TX 78701 512-476-0005 phone 512-476-1513 fax |
| Bayer Cropscience, Inc., f/k/a Rhone-Poulenc AG Company, Inc., as successor to Amchem Products, Inc. | 2 | B. Stephen Rice srice@haysmcconn.com **Hays, McConn, Rice & Pickering, P.C.** 400 Two Allen Center 1200 Smith Street Houston, TX 77002 713-654-111 phone 713-650-0027 fax |
| Berry Contracting L.P. dba Bay LTD | 59 | **Registered Service Agent:** D.E. Spangler 1414 Corn Products Road Corpus Christi, TX 78408 |
| Big Three Industries, Inc. | 4, 5, 7, 11, 14, 59, 63 | Hubert Oxford, III hubertoxford@benoxford.com **Benckenstein & Oxford LLP** 3535 Calder Ave., 3rd Floor P.O. Drawer 150 Beaumont, TX 77704 409-833-9182 phone 409-833-8819 fax |

| Defendant | Corresponding Cases | Defendant Counsel Information |
|---|---|---|
| Bob Schmidt, Inc. | 1, 3-8, 10-15, 18-22, 24-31, 33, 34, 37-46, 51, 54, 57, 59-63, 65, 68, 70-71 | Andrew Oretsky<br>aoretsky@do-law.com<br>**Davis, Oretsky & Guilfoyle, P.C.**<br>1415 Louisiana, Suite 4200<br>Houston, TX 77002<br>713-659-1010 phone<br>713-659-1122 fax |
| Borden, Inc. | 17, 32 | John R. Henderson<br>jhenderson@mailbmc.com<br>**Brown McCarroll & Oaks Hardine**<br>2000 Trammell Crow Center<br>2001 Ross Avenue<br>Dallas, TX 75201-2997<br>214-999-6100 phone<br>214-999-6170 fax |
| Bowto, Inc.; f/k/a Bowen Tools, Inc. | 4, 5, 7, 11, 14, 17, 29, 30, 32, 38-40, 45, 51, 54, 57, 59, 63, 70 | Hubert Oxford, III<br>hubertoxford@benoxford.com<br>**Benckenstein & Oxford LLP**<br>3535 Calder Ave., 3rd Floor<br>P.O. Drawer 150<br>Beaumont, TX 77704<br>409-833-9182 phone<br>409-833-8819 fax |
| Bridgestone Americas Holding, Inc. | 30 | **Registered Service Agent:**<br>National Registered Agents, Inc.<br>1614 Sidney Baker Street<br>Kerrville, TX 78028 |
| Brown & Root Holding, Inc. d/b/a Kellogg Brown & Root International, Inc. | 2 | Christi Feeney<br>cfeeney@godwingruber.com<br>**Godwin Gruber**<br>1201 Elm Street, Suite 1700<br>Dallas, TX 75270<br>214-939-4400 phone<br>214-760-7332 fax |
| Byron Jackson Company, n/k/a BJ Services Company | 2 | **Corporate Officer:**<br>550 Northwest Central Drive<br>Houston, TX 77092 |
| Cel Industries, Inc. | 1, 3-8, 10-15, 18-21, 24, 26-28, 31, 34, 38-40, 60-63, 68, 70 | Michael Getz<br>**Attorney-At-Law**<br>398 Pearl Street<br>Suite 915<br>Beaumont, TX 77704<br>409-832-3381 phone<br>409-832-3384 fax |
| Centex Corporation | 58 | **Registered Service Agent:**<br>Corporation Service Company d/b/a CSC<br>Lawyers Incorporation Services Company<br>701 Contress Avenue # 1100<br>Austin, TX 78701 |
| Centurion Safety Products | 10, 33 | **Principle Place of Business:**<br>P.O. Box 484<br>Kewanee, IL 61443 |
| Chevron U.S.A., Inc. | 30, 54 | Michael L. Baker<br>**Strong, Pipkin, Nelson, Bissell & Ledyard**<br>595 Orleans<br>1400 San Jacinto Bldg.<br>Beaumont, TX 77701<br>409-981-1000 phone<br>409-981-1010 fax |
| Chicago Pneumatic Tool Company | 35-36, 48, 58, 66-67, 69, 72 | **Registered Service Agent:**<br>CT Corporation System<br>1021 Main St., Suite 1150<br>Houston, TX 77002 |

| Defendant | Corresponding Cases | Defendant Counsel Information |
|---|---|---|
| Circle D. Sandblasting | 59 | **Principle Place of Business:**<br>5825 Hopkins Road<br>Corpus Christi, TX 78409 |
| Citgo Refining & Chemicals Company, L.P. | 56, 59 | **Registered Service Agent:**<br>C.T. Corporation Systems<br>350 N. St. Paul<br>Dallas, TX 75201 |
| Clark-Reliance Corporation | 2 | **Registered Service Agent:**<br>Brent D. Ballard,<br>800 Superior Ave. # 1400<br>Cleveland, OH 44114 |
| Clark Sand Co., Inc. | 10, 16, 33, 47 | Hubert Crouch, III<br>hcrouch@crouchfirm.com<br>**Crouch & Ramey, L.L.P.**<br>2300 Fountain Place<br>1445 Ross Avenue<br>Dallas, TX 75202<br>214-922-7100 phone<br>214-922-7101 fax |
| Clemco Industries Corporation | 1, 3-15, 17-43, 45-47, 51-57, 59-63, 65-72 | Paul Holmes<br>**Holmes & Jeffrey, L.L.P.**<br>550 Fannin, Suite 230<br>Beaumont, TX 77701<br>409-835-3482 phone<br>409-835-2063 fax |
| Clark Sand Co., Inc. | 10, 16, 33, 47 | Hubert Crouch, III<br>hcrouch@crouchfirm.com<br>**Crouch & Ramey, L.L.P.**<br>2300 Fountain Place<br>1445 Ross Avenue<br>Dallas, TX 75202<br>214-922-7100 phone<br>214-922-7101 fax |
| Clemco Industries Corporation | 1, 3-15, 17-43, 45-47, 51-57, 59-63, 65-72 | Paul Holmes<br>**Holmes & Jeffrey, L.L.P.**<br>550 Fannin, Suite 230<br>Beaumont, TX 77701<br>409-835-3482 phone<br>409-835-2063 fax |
| ClemTex II, Inc. | 10, 16, 22, 33, 47, 58 | Barbara J. Barron<br>BarbaraBarron@mehaffyweber.com<br>**Mehaffy & Weber—Beaumont**<br>2615 Calder Avenue<br>P.O. Box 16<br>Beaumont, TX 77704<br>409-835-5011 phone<br>409-835-5729 fax |
| CNA Holdings, Inc. f/k/a Celanese Corp. | 26, 56 | **Registered Service Agent:**<br>C.T. Corporation System<br>1021 Main Street, Suite 1150<br>Houston, TX 77002 |
| Coastal Corporation | 56 | **Registered Service Agent:**<br>C.T. Corporation Systems<br>350 N. St. Paul<br>Dallas, TX 75201 |
| Complete Abrasive Blasting Systems, Inc. | 5, 50, 65 | Janis H. Detloff<br>jdetloff@thompsoncoe.com<br>Larry S. Wilson<br>lwilson@thompsoncoe.com<br>**Thompson, Coe, Cousins & Irons, L.L.P.**<br>One Riverway, Suite 1600<br>Houston, TX 77056<br>713-403-8281 phone<br>713-403-8299 fax |

| Defendant | Corresponding Cases | Defendant Counsel Information |
|---|---|---|
| Composite Abrasive Blasting Systems, Inc. | 33 | **Registered Service Agent:** CT Corporation System 350 N. St. Paul Street Dallas, TX 75201 |
| CONOCOPHILLIPS Company, f/k/a Phillips 66 Company | 18 | B. Steven Rice srice@haysmcconn.com **Hays, McConn, Rice & Pickering** 400 Citicorp Center 1200 Smith Street Houston, TX 77002 713-654-1111 phone 713-650-0027 fax |
| Conrad Industries | 2 | **Principal place of business:** 1501 Front Street Morgan City, Louisiana 70381 |
| Contractor's Supplies, Inc. | 29 | D. David Hearne dhearne@fenley-bate.com Rebecca D. Cousins rcousins@fenley-bate.com **Fenley & Bate, L.L.P.** P.O. Box 450 224 E. Lufkin Avenue Lufkin, Texas 75902-0450 936-634-3346 phone 936-639-5874 fax |
| Corpus Christi Equipment Company | 3, 6, 13, 19, 24-28, 31, 37, 41-43, 56, 60, 62, 68, 71 | **Beason Willingham** 808 Travis, Suite 1608 Houston, TX 77002 |
| Crane Co. | 2 | Rodney H. Lawson rlawson@ccsb.com **Carrington, Coleman, Sloman & Blumenthal, LLP** 200 Crescent Court, Suite 1500 Dallas, TX 75201-1848 214-855-3000 phone 214-855-1333 fax |
| Custom Aggregates and Grinding Inc. | 59 | **Principle Place of Business:** Division of Huey Stockstill, Inc. P.O. Box L Picayune, MS 39466 |
| DAP, Inc. f/k/a Beecham Home Improvement Products, Inc. | 2 | **Jenkins & Gilchrist** 1445 Ross Avenue Suite 3200 Dallas, Texas 75202 (214)855-4500 phone (214)855-4300 fax |
| Dependable Abrasive d/b/a Diamond Blast Industries | 10, 16, 33, 59 | Joe Michael Dodson **Dodson Law Offices, P.C.** 8245 Gladys, Suite 102 Beaumont, TX 77706 409-861-4141 phone 409-861-0033 fax |
| Difco, Inc | 59 | **Registered Service Agent:** Tabor Brooks 2728 Agnes Street Corpus Christi, TX 78405 |
| Dow Chemical Company | 4, 5, 7, 11, 14, 18, 19, 28, | Arthur Almquist ArtAlmquist@mehaffyweber.com **Elna Griggs Mehaffey & Weber** 500 Dallas, Suite 1200 Houston, TX 77002 713-655-1200 phone 713-655-0222 fax |
| Draeger Safety, Inc. | 10 | Sigurd Ansgar Sorenson sigurd.sorenson@cliffordchance.com |

| Defendant | Corresponding Cases | Defendant Counsel Information |
|---|---|---|
| | | Clifford Chance U.S., L.L.P.<br>200 Park Avenue<br>New York, N.Y. 10166-0153<br>212-878-3453 phone |
| Dresser Industries as successor in interest to Worthington Pump Corporation (U.S.A.) f/k/a Worthington Standard Pump Corp. | 2, 4, 5, 7, 11, 14, 53, 58, 63 | George Carlton<br>gcarlton@godwingruber.com<br>Godwin Gruber<br>1201 Elm Street, Suite 1700<br>Dallas, TX 75270<br>214-939-4400 phone<br>214-760-7332 fax |
| Durabla Manufacturing, Inc. | 2 | David W. Dogan, III<br>Dogan & Wilkinson, PLLC<br>15th Floor, Capital Towers<br>125 South Congress Street<br>Jackson, MS 39225-3062<br>601-351-3200 phone<br>601-351-3232 fax |
| E.D. Bullard Company | 1, 3-8, 10-15, 17-21, 23-43, 45, 46, 48, 52, 53-57, 59-72 | Steve Bryant<br>Steve A. Bryant & Associates, P.C.<br>3618 Mount Vernon, Suite A<br>Houston, TX 77006<br>713-526-7474 phone<br>713-526-7720 fax |
| E.F. Houghton | 53 | Registered Agent:<br>C.T. Corporation System<br>350 N. St. Paul Street<br>Dallas, TX 75201 |
| E.I. DuPont De Nemours & Company, Inc. | 10, 16, 17, 29, 30, 32, 33, 38-40, 58 | Tom Harrison<br>TomHarrison@hmwpc.com<br>Hornblower, Manning & Ward<br>P.O. Box 2728<br>Corpus Christi, TX 78403<br>361-888-8041 phone<br>361-888-8222 fax |
| East Texas Plumbing Supply Company | 2 | Corporate Officer:<br>5001 Ridge Oak Drive<br>Austin, TX 78731 |
| Eastern Safety Equipment Co., Inc. | 1-43, 45, 53, 59-72 | Robert E. Thackston<br>rthackston@hplegal.com<br>Hawkins, Parnell & Thackston<br>4514 Cole Avenue Suite 550<br>Dallas, TX 75205<br>214-780-5100 phone<br>214-780-5200 fax<br><br>Harvey Ferguson, Jr.<br>hferguson@ghf-lawfirm.com<br>Gonzales, Hoblit & Ferguson, LLP<br>700 North St. Mary's Street, Suite 1800<br>San Antonio, Texas 78205<br>210-224-9991 phone<br>210-226-1544 fax |
| Eastwood Company | 10 | Principle Place of Business:<br>263 Showmaker Road<br>Pottstown, PA 19464 |
| Econotherm | 2 | Registered Service Agent:<br>147 Farth Road<br>Beaumont, TX 77720 |
| El Paso Natural Gas Company | 54 | Registered Service Agent:<br>C.T. Corporation Systems<br>350 N. St. Paul<br>Dallas, TX 75201 |

| Defendant | Corresponding Cases | Defendant Counsel Information |
|---|---|---|
| Electro Steam Generator Corp. | 2 | **Principle Place of Business:** 1000 Bernard Street Alexandria, VA 22314-1299 |
| Elliott Company owned by Elliott Turbomachinery Co., Inc. | 2 | Hubert A. Crouch Amy Nettie **Crouch & Inabnett** 1445 Ross Avenue, Suite 2300 Dallas, TX 75202 214-922-7100 phone 214-922-7101 fax |
| Elsa Iron Works | 25, 37, 41, 42, 43 | **Home Office:** 200 E. Edinburg Elsa, TX |
| Empire Abrasive Equipment Company, L.P.; a/k/a Woodfield Group, Inc. | 1, 3-15, 18-22, 24-29, 31-43, 45, 48, 51, 52, 54, 57, 63, 71-72 | Arthur Grimaldo **Forman, Perry, Watkins, Krutz & Tardy** One Jackson Place, Suite 1200 P.O. Box 22608 Jackson, MS 39225-2608 601-960-8600 phone 601-960-8613 fax |
| Empire Abrasive Equipment Corporation | 10, 11, 22, 32, 33, 35, 59-63, 65-71 | John R. Robinson **Page, Mannino, Peresich & McDermott, PLLC** 1201 ELM ST STE 4400 4400 RENAISSANCE TOWER DALLAS, TX, 75270 (214) 748-4747 (phone) |
| Encon Safety Products, Inc. | 1, 3-6, 8, 11-15, 19-22, 25-29, 31, 37-43, 45, 59-65, 68, 70, 72 | David Brill **Brill & Associates, P.C.** 602 Sawyer, Suite 490 Houston, TX 77007 713-863-0579 phone 713-863-0564 fax |
| Espey Silica Sand Co., Inc. | 25, 37, 41, 42, 43, 59-60, 68, 70, 71 | C. Thomas Valentine tvalentine@dawray.com **Daw & Ray** 5718 Westheimer, Suite 1750 Houston, TX 77057 713-266-3121 phone 713-266-3188 fax |
| Exxon Mobile Corporation | 30, 37, 46, 54, 56, 59 | J. D. Bashline jdbashline@MAPALaw.com **McCloud, Alexander, Powel & Apffell** 17225 El Camino Real, Suite 344 Houston, TX 77058 281-486-1888 phone 281-486-4888 fax |
| Fabco, Inc. a division of Harsco | 2, 10, 22, 33, 49 | **Principal Place of Business:** 100 Burson Street East Stroudsburg, PA 18301 |
| Fairmont Minerals, LTD | 10, 16, 32, 58-59, 65 | Jeffery J. Shaver JShaver@Sammons-Parker.com **Sammons & Parker** 11200 Westheimer Suite 520 Houston, TX 77042 713-953-0860 phone 713-953-0917 fax |
| Ferro Corporation | 10, 33, 59 | Erin Patterson Erin.patterson@arlaw.com **Adams & Reese, L.L.P.** 4400 One Houston Center 1221 McKinney Houston, TX 77010 713-652-5151 phone 713-652-5152 fax |

| Defendant | Corresponding Cases | Defendant Counsel Information |
|---|---|---|
| Figgie International d/b/a Scott Aviation; a/k/a Scott Technologies, Inc.; a/k/a Scott Aviation | 1, 3-8, 10-15, 17-22, 24, 26-29, 31, 32, 34-40, 42, 48, 52, 59-72 | Carl Dawson **Ryan & Dawson** 770 South Post Oak Lane, Suite 525 Houston, TX 77056 713-960-1555 phone 713-960-8491 fax |
| Flexo Products, Inc. | 1, 3-6, 7, 8, 10-15, 17-18, 19-21, 24, 26-27, 28-29, 31, 35-36, 38-40, 48, 51-53, 59-63, 65-72 | Ned Johnson Clinton E. Phillips **Johnson, Ferguson & Pipkin** 4900 Woodway, Suite 1100 Houston, TX 77056 713-961-3730 phone 713-961-5438 fax |
| Flint Hills Resources, L.P. f/k/a Koch Petroleum Group | 56, 59 | **Registered Service Agent:** H. Allen Caldwell 4111 E. 37th Street North Wichita, KS 67220 |
| Gasket Holding, Inc. individually and as successor in interest to Flexitallic Gasket Company | 38-40 | **Registered Service Agent:** CT Corporation 350 N. St. Paul Street Dallas, TX 75201 |
| General Electric Company | 2 | Kay Andrews kandrews@mailbmc.com Brown McCarroll 111 Congress Avenue Suite 1400 Austin, TX 78701 512-479-9772 phone 512-479-1155 fax<br><br>Rachelle Hoffman Glazer rachelle.glazer@tklaw.com **Thompson & Knight—Dallas** 3300 First City Center 1700 Pacific Avenue Dallas, TX 75201-4693 214-969-1700 phone 214-969-1751 fax |
| General Pattern Company | 17, 32 | Dale R. Mellencamp dmellencamp@bairwelscher.com **Bair & Welscher, P.C.** 523 N. Sam Houston Pkwy. E. Suite 600 Houston, TX 77060-4036 713-862-5599 phone 713-868-9444 fax |
| Georgia Pacific Corporation, individually and as successor-in-interest to Bestwell Gypsum Company | 2 | Maria Katina Karos mariak@bellnunnally.com **Bell Nunnally & Martin LLP** 1400 One McKinney Plaza 3232 McKinney Avenue, Suite 1400 Dallas, TX 75204-2429 214-740-1400 phone 214-740-1499 fax |
| GHX, Inc. f/k/a Houston Gasket and Packing Co. | 2, 64 | **Registered Service Agent:** Ben B. Andrews 711 Ardmore Street Houston, TX 77054 |
| Girdler Corporation | 2 | **Registered Service Agent:** 224 E. Broadway Louisville, Kentucky 40202 |
| Flintkote Company | 2 | James M. Harris, Jr. **Harris, Lively & Duelser, LLP** 550 Fannin Street, Suite 650 P.O. Box 830 Beaumont, TX 77704 |

| Defendant | Corresponding Cases | Defendant Counsel Information |
|---|---|---|
| | | 409-832-8382 phone<br>409-833-4240 fax |
| Foster Wheeler Energy Corp. d/b/a Foster Wheeler USA Corp. | 2 | James Riley<br>jriley@coatsrose.com<br>Lawrence A. Lynn<br>llynn@coatsrose.com<br>**Coats, Rose, Yale, Holm, Ryman & Lee, P.C.**<br>3 Greenway Plaza, Suite 2000<br>Houston, Texas 77046<br>713-651-0111 phone<br>713-651-0220 fax |
| Foundry Specialties, Inc. | 17 | Barry H. Fanning<br>bfanning@fhmlaw.com<br>Alan P. Moore<br>amoore@fhmlaw.com<br>**Fanning, Harper & Martinson, P.C.**<br>Two Energy Square<br>4849 Greenville Avenue, Suite 1300<br>Dallas, TX 75205<br>214-369-1300 phone<br>214-987-9649 fax |
| Gardner Denver, Inc. | 23, 30, 35-36, 48, 52, 53, 59-62, 66-70, 72 | **Hawkins, Parnell & Thackston LLP**<br>4514 Cole Avenue<br>Suite 550<br>Dallas, TX 75205<br>214-780-5100 phone<br>214-780-5200 fax |
| Garlock, Inc., a/k/a Garlock Sealing Technologies | 2 | Gary D. Elliston<br>gelliston@dehay.com<br>**DeHay & Elliston, LLP**<br>NationsBank Plaza<br>901 Main Street, Suite 3500<br>Dallas, TX 75202-3736<br>214-210-2400 phone<br>214-210-2500 fax |
| Glendale Protective Technologies, Inc. | 17, 29, 32, 38-40, 53, 60, 62, 64-65, 68, 70 | Ryan Benson<br>**Spain & Hastings**<br>Two Houston Center<br>909 Fannin, Suite 3900<br>Houston, TX 77010<br>713-650-9700 phone<br>713-650-9701 fax |
| Goodyear Tire & Rubber | 17, 30, 32, 64 | Kevin Jacob<br>**Baker & Botts, LLP**<br>3000 One Shell Plaza<br>Houston, TX 77002<br>713-229-1234 phone<br>713-229-1522 fax |
| Goulds Pumps, Inc. | 2 | L. Hayes Fuller III<br>fuller@namanhowell.com<br>**Naman, Howell, Smith & Lee, L.L.P.**<br>P.O. Box 1470<br>900 Washington Ave, 7th Floor<br>Waco, TX 76703-1470<br>254-755-4224 phone<br>254-754-6331 fax |
| Great Lakes Carbon, LLC | 30 | **Law Offices of Kilpatrick & White**<br>2777 Allen Pkwy, Suite 622<br>Houston, Texas 77019<br>713-523-8830 phone<br>713-523-8835 fax |
| Green Pipe and Supply, Inc | 71 | **Registered Service Agent:**<br>James E. Green, Jr.<br>503 Federacion<br>Refugio, TX |

| Defendant | Corresponding Cases | Defendant Counsel Information |
|---|---|---|
| Grefco, Inc. | 2, 64 | Franklin A. Poff, Jr.<br>fpoff@cbplaw.com<br>**Crisp, Boyd & Poff, L.L.P.**<br>2301 Moores Lane<br>P.O. Box 6297<br>Texarkana, TX 75505-6297<br>903-838-6123 phone<br>903-832-8489 fax |
| Gulf Coast Rental, Inc. | 5, 17, 32, 38-40 | Carey Scott Davis<br>**Pagel, Davis & Hill L.L.P.**<br>1415 Louisiana, 22nd Floor<br>Houston, TX 77002<br>713-951-0160 phone<br>713-951-0662 fax |
| Gulf Marine Fabricators | 59 | **Principle Place of Business:**<br>Kiewit Plaza<br>Omaha, NE 68131 |
| Hanson Aggregates Central, Inc. f/k/a Pioneer South Central, Inc. d/b/a Pioneer Concrete of Texas, Inc. | 1, 3-15, 17-21, 24, 26-29, 31, 32, 34-36, 38-40, 45, 48, 52-54, 58, 59-63, 65-72 | Thomas B. Taylor<br>**Taylor & Warren, L.L.P.**<br>1300 Three Allen Center<br>333 Clay Street<br>Houston, TX 77002<br>713-658-1800 phone<br>713-658-1885 fax |
| Hanson Aggregates West, Inc., successor by merger to Gifford-Hill Cement Company | 48, 52, 59, 65-67, 69, 72 | Not known |
| Harbison-Walker Refractories, a division of INDRESCO, Inc. | 35, 66-67 | **Principal Place of Business:**<br>Prentice-Hall Corporation Systems, Inc.<br>800 Brazos<br>Austin, TX 78701 |
| Henry Vogt Machine Company d/b/a Vogt Forge & Die | 2, 63 | **Registered Service Agent:**<br>1000 W. Ormsby Ave.<br>Louisville, Kentucky 40210-1810 |
| Hertz Equipment Rental Corporation | 59 | James G. Wyly, III, Esq.<br>**Phelps Dunbar, LLP**<br>North Court One-Suite 300<br>2304 19th Street<br>Gulfport, MS 39501<br>228-679-1130 phone<br>228-679-1131 fax<br>wyly@phelps.com |
| Hill & Griffith Company | 17, 29, 32, 53, 64 | Kent M. Adams<br>kentadams@adamscoffey.com<br>**Adams & Coffey, P.C.**<br>1010 Lamar, Suite 901<br>Houston, Texas 77002<br>713-659-6767 phone<br>713-759-6830 fax |
| Holcim (US) Inc. | 1, 3, 6, 8, 12, 13, 15, 18, 19-21, 24, 26-28, 31, 34, 60-62, 68, 70 | **Registered Service Agent:**<br>CT Corporation System<br>350 N. St. Paul Street<br>Dallas, TX 75201 |
| Humble Sand & Gravel, Inc. | 1, 3-21, 23-24, 26-28, 31-34, 38-40, 45, 46, 53-55, 59-63, 65, 68, 70-71 | Joe Michael Dodson<br>**Dodson Law Offices, P.C.**<br>8245 Gladys, Suite 102<br>Beaumont, TX 77706<br>409-861-4141 phone<br>409-861-0033 fax |
| Huntsman Chemical & Oil Corporation | 30 | **Registered Service Agent:**<br>Jack F. Ridgeway<br>2200 Alamo National Building<br>San Antonio, TX 78205 |

| Defendant | Corresponding Cases | Defendant Counsel Information |
|---|---|---|
| Ideal Basic Industries, Inc. | 4, 5, 7, 9, 11, 14, 17, 23, 25, 29-30, 32, 35-43, 45, 46, 48, 51, 52, 54-57, 59, 63, 65-67, 69, 72 | Edward J. Hennessy **Hennessy, Gardner & Barth** 502 Caroline, Suite 300 Houston, TX 77002-3594 713-224-5066 phone 713-224-5055 fax |
| Illinois Tool Works, Inc. | 10 | **Registered Service Agent:** CT Corporation System 1021 Main Street, Suite 1150 Houston, TX 77002 |
| IMO Industries, Inc. as successor to and f/k/a Delaval Turbine, Transamerica Delaval and IMO Delaval | 2, 64 | **Gardere Wynne Sewell, LLP** 1000 Louisiana, Suite 3400 Houston, TX 77002-5007 (713) 276-5500 phone (713) 276-5555 fax |
| Independent Gravel Company | 59 | **Registered Service Agent:** Eugene Hatfield 223 West 3rd Street Joplin, MO 64801 |
| Ingersoll-Rand Company | 1-6, 7-15, 17-32, 34-40, 41, 42, 43, 45, 46, 48, 52-70, 72 | Tom Tardy ttardy@fpwk.com John Parsons parsonsip@fpwk.com Laura A. Frase lafrase@fpwk.com **Forman, Perry, Watkins, Krutz & Tardy, PLLC** 2001 Bryan Street, Suite 1300 Dallas, TX 75201-3008 214-905-2924 phone 214-905-3976 fax |
| Inland Manufacturing Company | 59 | **Registered Service Agent:** Louis E. Lipp 900 Woodman Tower Omaha, NE 68102 |
| International Paint, Inc., and as successors in interest to Insul-Mastic Corporation of America, Courtaulds Coatings, Inc. and Porter Paint Co. | 2 | **Principle Place of Business:** 400 South 13th Street Louisville, Kentucky 40203 |
| J. Graves Insulation Co., Inc. f/k/a Graves—Aber Insulation Company | 2 | Kent M. Adams kentadams@adamscoffey.com **Adams & Coffey, P.C.** 1010 Lamar, Suite 901 Houston, Texas 77002 713-659-6767 phone 713-759-6830 fax |
| J. Ray McDermott Inc | 59 | **Principle Place of Business:** 757 N. Eldridge Pkwy Houston, Texas 77079-4492 281-870-5000 phone |
| Jay Bludworth Inc. | 59 | **Registered Service Agent:** L. Don Knight 8100 Washington Avenue, Suite 1000 Houston, TX 77007 |
| JEBCO Abrasives; f/k/a J-B Sand & Gravel | 1, 3-8, 11-15, 17-21, 24-29, 31, 32, 34, 37-43, 53, 60-63, 68, 70 | Patrick M. Martinez **Hermansen, McKibben, Woolsey & Villarcal, L.L.P.** 1100 Tower II 555 North Carancahua Corpus Christi, TX 78478 361-882-6611 phone 361-883-8353 fax |
| JOBE Concrete Products, Inc. | 8, 20 | **Registered Service Agent:** Stanley P. Jobe # 1 McKelligon Canyon Road El Paso, TX 79930 |

| Defendant | Corresponding Cases | Defendant Counsel Information |
|---|---|---|
| John Barton d/b/a JB Industrial Sand | 10, 25, 33, 59 | Tom Hermansen<br>Patrick Martinez<br>**Hunt, Hermansen, McKibben & Villarreal**<br>1100 Tower II<br>555 North Carancahua<br>Corpus Christi, TX 78478<br>361-882-6611 phone<br>361-883-8353 fax |
| John Crane Company, f/k/a John Crane-Houdaille, Inc. f/k/a Crane Packing Company | 2 | Scott C. Skelton<br>sskelton@zeleskey.com<br>**Zeleskey, Cornelius, Hallmark, Roper & Hicks, L.L.P.**<br>1616 South Chestnut Street<br>P.O. Drawer 1728<br>Lufkin, Texas 75902-1728<br>936-632-3381 phone<br>936-632-6545 fax |
| Kaiser-Gypsum Company, Inc. | 2 | Gary D. Elliston<br>gelliston@dehay.com<br>**DeHay & Elliston, LLP**<br>NationsBank Plaza<br>901 Main Street, Suite 3500<br>Dallas, TX 75202-3736<br>214-210-2400 phone<br>214-210-2500 fax |
| Kelly Oil Company d/b/a KOC Corporation | 54 | **Registered Service Agent:**<br>C.T. Corporation Systems<br>350 N. St. Paul<br>Dallas, TX 75201 |
| Kentube Division of Tranter, Inc. | 2 | **Principle Place of Business:**<br>735 E. Hazel Street<br>Lansing, Michigan 48912 |
| Key Houston, Inc. | 1, 3-8, 11-15, 17-21, 24-29, 31, 32, 34, 37-43, 51, 53, 59-63, 65, 68, 70-72 | R. Stephen Ferrell<br>webmaster@gbltx.com<br>**Glessel, Barker & Lyman**<br>2700 Two Houston Center<br>909 Fannin Street<br>Houston, TX 77010<br>713-759-1990 phone<br>713-652-2419 fax |
| K-M Industries Holding Company, Inc. f/k/a Kelly-Moore Paint Company, Inc. | 2 | Todd Wade<br>twade@mailbmc.com<br>**Brown, McCarroll & Oaks Hartline, LLP**<br>111 Congress Avenue, Suite 1215<br>Austin, TX 78701<br>512-472-5456 phone<br>512-479-1155 fax<br>512-479-9791 |
| Krueger | 2 | **Principle Place of Business:**<br>1401 N. Plano Road<br>Richardson, TX 750801 |
| Lamons Metal Gaskets Co. | 2 | Michael T. Crawford<br>mcrawford@rameyflock.com<br>**Ramey & Flock, PC**<br>100 East Ferguson, Suite 500<br>Tyler, TX 75702<br>903-597-3301 phone<br>903-597-2413 fax |
| LGS Technologies, L.P., f/k/a Longhorn Gasket & Sup. Co. | 2 | **Marcus A. Carroll, P.C.**<br>909 ESE Loop 323<br>Suite 215<br>Tyler, Texas 75701<br>(903) 561-9700<br>(903) 561-9715 |

| Defendant | Corresponding Cases | Defendant Counsel Information |
|---|---|---|
| Lockheed Martin Corporation Successor in interest to Martin Marietta Materials f/k/a Martin Marietta Aggregates | 5, 17, 29, 32, 35, 36, 38-40, 59, 69, 72 | Michael G. Oddo<br>**Henry Oddo Austin & Fletcher**<br>1700 Pacific Avenue<br>Suite 2700<br>Dallas, TX 75201<br>214-658-1900 phone<br>214-658-1919 fax |
| Logan & Whaley Company | 35 | **Registered Service Agent:**<br>Thomas L. Whaley<br>No. 109 E. Austin Street<br>Marshall, TX |
| Lone Star Industries, Inc. | 1, 3-54, 56-63, 66-72 | Jerry Kacal<br>jkacal@kalpc.com<br>**Kacal, Adams & Law**<br>One Riverway, Suite 1200<br>Houston, TX 77056<br>713-529-3992 phone<br>713-529-8161 fax |
| Louis M. Gerson Co., Inc. | 1, 3-22, 24-34, 37-43, 45, 46, 51, 54-57, 59-65, 68, 70-72 | James L. Ware<br>jware@sswpc.com<br>**Sheehy, Serpe, & Ware**<br>2500 Two Houston Center<br>909 Fannin Street<br>Houston, TX 77010-1003<br>713-951-1000 (phone)<br>713-951-1199 (fax) |
| MA Bell Company | 5, 6, 13, 17, 24, 27, 29, 31, 32, 34, 38-40, 53, 58, 61 | Ellen G. Reynard<br>**Adams & Coffey**<br>550 Fannin, Suite 800<br>P.O. Box 7505<br>Beaumont, TX 77726<br>409-838-6767 phone<br>409-838-6950 fax |
| Marathon Oil Corporation | 46 | Not known |
| Market Forge Industries, Inc. | 2 | **Registered Service Agent:**<br>Jane Bimber<br>36 S. Margaret Street<br>Dorchester, MA 02125 |
| Martindale Electric Company | 38-40 | **Home Office:**<br>Martindale Electric Company<br>1365 Bird Avenue<br>Cleveland, OH 44107 |
| McJunkin Corporation | 2 | **Principal Place of Business:**<br>835 Hillcrest Drive<br>Charleston, VA 25311 |
| Meaux Sandblasting L.L.C. | 59 | **Registered Service Agent:**<br>CT Corporation Systems<br>350 North St. Paul Street, Suite 2900<br>Dallas, TX 75201 |
| MED-SAFE, Inc. | 35 | **Principle Place of Business:**<br>2830 Center Street<br>Deer Park, TX 77536 |
| MetLife, Inc., a/k/a Metropolitan Life Insurance Co. | 2, 64 | Ken Rhodes<br>kdrhodes@dkapl.com<br>**Dunn, Kacal, Adams, Pappas & Law,**<br>**A Professional Corporation**<br>One Riverway, Suite 1200<br>Houston, TX 77056<br>713-529-3992 phone<br>713-418-3679 fax |
| Mine Safety Appliances Co. | 1, 2-29, 31-40, 42-46, 48-56, 58-72 | Ronald Hancock<br>rhancock@mhn-law.com<br>**Nelson, McCormick, Hancock & Newton**<br>3D/International Tower |

| Defendant | Corresponding Cases | Defendant Counsel Information |
|---|---|---|
| | | 1900 West Loop South, Suite 700<br>Houston, TX 77027<br>713-297-0700 phone<br>713-297-0768 fax |
| Missouri Pacific Railroad, Union Pacific Railroad Company | 24 | Deborah A. Newman<br>Robert H. Nebel<br>**Phelps Dunbar, L.L.P.**<br>3040 Post Oak Blvd, Suite 900<br>Houston, TX 77056<br>713-626-1386 phone<br>713-626-1388 fax |
| Mobile Oil Corporation | 45 | Not known |
| Moldex-Metric, Inc. | 1, 3-8, 10-15, 17-29, 31-34, 37-43, 45, 51-53, 59-65, 68, 70-71 | Ellen Reynard<br>**Adams & Coffey, P.C.**<br>550 Fannin, Suite 800<br>P.O. Box 7505<br>Beaumont, TX 77726-7505<br>409-838-6767 phone<br>409-838-6950 fax |
| Morie Company, Inc. | 6, 13, 15, 21, 24, 31, 38-40 | J.D. Bashline<br>jdbashline@MAPALaw.com<br>**McLeod, Alexander, Powel & Apffel, P.C.**<br>344 Onyx Building<br>172225 El Camino<br>Houston, TX 77058<br>281-486-1888 phone<br>281-486-4888 fax |
| Morton International, Inc. | 54, 55 | **Registered Service Agent:**<br>C.T. Corporation System<br>1635 Market Street<br>Philadelphia, PA 19103 |
| Motiva Company | 30 | **Registered Service Agent:**<br>C.T. Corporation System<br>350 N. St. Paul<br>Dallas, TX 75201 |
| N.L. Industries, Inc. | 35, 53, 66-67 | **Registered Service Agent:**<br>Prentice-Hall Corporation System<br>800 Brazos<br>Austin, TX 78701 |
| North Safety Products, Inc. f/k/a Siebe North, Inc.; | 1, 3-8, 10-15, 18, 19-24, 26-31, 34-41, 45, 47, 48, 52, 59-63, 65-72 | Christopher Groves<br>**Jones, Day, Reavis & Pogue**<br>2727 North Harwood Street<br>Dallas, TX 75201<br>214-220-3939 phone<br>214-969-5100 fax |
| Northeast Industries, Inc. | 59 | **Registered Service Agent:**<br>Rupender Lokareddy<br>24900 Pitkin, Suite 500<br>Spring, TX 77386 |
| Norton Company a/k/a Saint-Gobain Abrasives Inc.; a/k/a Carborundum Abrasives Company | 1, 3-8, 11-15, 17-24, 26-33, 35-41, 45, 52, 53, 59-72 | Christopher Groves<br>Terese M. Murphy<br>**Jones, Day, Reavis & Pogue**<br>2727 North Harwood Street<br>Dallas, TX 75201<br>214-220-3939 phone<br>214-969-5100 fax |
| Occidental Chemical Corporation | 56 | **Registered Service Agent:**<br>C.T. Corporation Systems<br>350 N. St. Paul<br>Dallas, TX 75201 |
| Oglebay Norton Industrial Sands, Inc.; successor in interest to Ferro Engineering; f/k/a Texas Mining Co., L.P. | 4-6, 7-11, 14, 20, 22-25, 27, 30, 32, 37-40, 41, 42, 43, 46, 48, 51, 54, 55, 60-62, 65, 68, | Thomas B. Taylor<br>**Taylor & Warren, L.L.P.**<br>1300 Three Allen Center<br>333 Clay Street |

| Defendant | Corresponding Cases | Defendant Counsel Information |
|---|---|---|
| . | 70, 71 | Houston, TX 77002<br>713-658-1800 phone<br>713-658-1885 fax |
| Oriental Gasket & Packing, Co. | 2 | John Dolezal<br>dolezal@sbf-law.com<br>Stevens, Baldo & Freeman<br>P.O. Box 4950<br>Beaumont, TX 77704<br>40-835-5200 phone<br>409-838-5638 fax |
| Owens-Illinois, Inc | 2, 64 | Randy Burns<br>Baker, Botts, L.L.P.—Dallas<br>800 Trammell Crow Center<br>2001 Ross Avenue<br>Dallas, TX 75201-2980<br>214-953-6500 phone<br>214-953-6503 fax |
| P.K. Lindsay Company | 1, 3-8, 10-15, 17-21, 24-29, 31-34, 37-43, 45, 59-60, 62-63, 65, 68, 70, 72 | Kent M. Adams<br>kentadams@adamscoffey.com<br>Adams & Coffey, P.C.<br>1010 Lamar, Suite 901<br>Houston, Texas 77002<br>713-659-6767 phone<br>713-759-6830 fax |
| Palo Alto Silica Sand, Inc. | 1-3, 6, 9, 13, 17, 19, 24-28, 31, 32, 37, 41-43, 68, 70, 72 | Karen Maston<br>Connelly, Baker, Wotring & Jackson<br>700 Louisiana, Suite 1850<br>Houston, Texas 77002-4916<br>713-980-1700 phone<br>713-980-1701 fax |
| Pangborn Corporation, The | 1, 3-8, 10-21, 24, 26-29, 31-36, 38-40, 48, 51-53, 59-72 | Barbara J. Barron<br>Mehaffy & Weber<br>2615 Calder Avenue<br>P.O. Box 16<br>Beaumont, TX 77704<br>409-835-5011 phone<br>409-835-5177 fax |
| Parmelee Industries, Inc., a/k/a U.S. Safety Products Inc., in its own right and as successor to CESCO Safety Product Company; d/b/a CESCO Safety Products Company | 1, 3-15, 18-29, 31, 34-52, 59-72 | Lori Elliott<br>David Craig Landin<br>dlandin@hunton.com<br>Hunton & Williams, L.L.P.<br>Riverfront Plaza, East Tower<br>915 E. Byrd Street<br>Richmond, VA 23219-4074<br>757-640-5300 phone<br>757-625-7720 fax |
| Pauli & Griffin Company | 1, 3-14, 18-21, 23-30, 31, 34-43, 45, 46, 48, 51, 52, 54, 57, 59-72 | Eva D. Geer<br>Meyer, Knight & Williams<br>8100 Washington Avenue<br>Suite 1000<br>Houston, TX 77007<br>713-868-2222 phone<br>713-868-2262 fax |
| Peter Kiewit & Sons Inc. dba Kiewit Offshore Services | 59 | Registered Service Agent:<br>CT Corporation Systems<br>350 North St. Paul<br>Street, Suite 2900<br>Dallas, TX 75201 |
| Petrochemical Corporation of America | 37 | Not known |
| Pfizer, Inc. | 2, 64 | DeHay & Elliston<br>3500 Bank of America Plaza<br>901 Main Street<br>Dallas, Texas 75202-3736<br>(214) 210-2400 phone<br>(214) 210-2500 fax |

| Defendant | Corresponding Cases | Defendant Counsel Information |
|---|---|---|
| Piping Companies, Inc. f/k/a Piping Engineering Co., Inc. | 2 | **Corporate Officer:**<br>5151 San Felipe Street, Suite 1600<br>Houston, TX 77056 |
| Polley, Inc. a/k/a Kelco Sales & Engineering Company | 1, 3-8, 10-15, 17-21, 24-29, 31-44, 48, 51, 52, 59-70, 72 | Ryan Benson<br>**Spain & Hastings**<br>Two Houston Center<br>909 Fannin, Suite 3900<br>Houston, TX 77010<br>713-650-9700 phone<br>713-650-9701 fax<br><br>Tammy L. Essing<br>**Beason Willingham, L.L.P.**<br>Niels Esperson Building<br>808 Travis Street, Suite 1608<br>Houston, TX 77002<br>713-333-7600 phone<br>713-333-7601 fax |
| Polymer Corporation | 54, 55 | **Corporate Officer:**<br>2120 Fairmont Avenue<br>Redding, PA 19605 |
| Porter Warner Industries, L.L.C. | 29, 35, 38-40, 66-67 | **Mehaffy & Weber**<br>2615 Calder Avenue<br>P.O. Box 16<br>Beaumont, Texas 77704<br>(409) 835–5011 phone<br>(409) 835–5177 fax |
| PPG Industries, Inc. | 17, 32 | Jerry Kacal<br>jkacal@dkapl.com<br>**Dunn, Kacal, Adams, Pappas & Law, P.C.**<br>One Riverway, Suite 1200<br>Houston, TX 77056<br>713-529-3992 phone<br>713-529-8161 fax |
| Pratt & Lambert United, Inc. | 54, 55 | **Registered Service Agent:**<br>C.T. Corporation Systems<br>350 N. St. Paul<br>Dallas, TX 75201 |
| Precision Packing Inc. | 10, 32 | **Registered Service Agent:**<br>The Corporation Company<br>425 West Capitol Avenue, Suite 1700<br>Little Rock, Arkansas 72201 |
| Premcor Refining | 30 | **Home Address:**<br>1700 E. Putnam, Suite 400<br>Old Greenwich, CT 06870 |
| Pro-Tech Respirators, Inc., f/k/a H.S. Cover | 10, 38-40, 59 | Frank Luccia<br>**Luccia & Evens**<br>8 Greenway Plaza, Suite 1450<br>Houston, TX 77046<br>713-629-0002 phone<br>713-629-0004 fax |
| Protherm Services Group | 59 | **Registered Service Agent:**<br>Carey Scott Davis<br>1415 Louisiana, Suite, 22nd Floor<br>Houston, TX 77002 |
| Pullman, Inc. | 2 | **Registered Service Agent:**<br>182 Nassau Street, 3rd Floor<br>Princeton, NJ 08540 |
| Pulmosan Safety Equipment Corporation | 1, 3-9, 11-15, 17-22, 24-32, 34-46, 48, 51-55, 59-63, 65-72 | Clinton Phillips<br>johnsonned@jfpplaw.com<br>**Johnson, Ferguson, Pipkin & Phillips**<br>4900 Woodway, Suite 1100<br>Houston, TX 77056 |

| Defendant | Corresponding Cases | Defendant Counsel Information |
|---|---|---|
| | | 713-961-3730 phone<br>713-961-5438 fax |
| Pyramex Safety Products LLC | 60-62, 68, 70 | **Principle Place of Business:**<br>281 A Moore Lane<br>Collierville, TN 38017 |
| Quatro Products Corporation | 54, 55 | **Registered Service Agent:**<br>James Phillip Fouche<br>3220 Kermit Highway<br>Odessa, TX 79764 |
| Quikrete Companies Inc. | 10, 16, 33, 58 | Kevin L. Colbert<br>kcolbert@gardere.com<br>**Gardere Wynne Sewell LLP**<br>1000 Louisiana, Suite 3400<br>Houston, TX 77002-5007<br>713-276-5500 phone<br>713-276-5555 fax |
| Quincy Compressor, a division of ENPRO Industries | 35-36, 48, 52, 59-62, 68-69, 72 | **Home Office:**<br>Manager for Service of Process<br>P.O. Box C2<br>Quincy, IL 62305-3116 |
| Racal Health and Safety Products, Inc. | 10 | Mark J. Dyer<br>mdyer@fhmlaw.com<br>**Fanning Harper & Martinson**<br>Two Energy Square<br>4849 Greenville Avenue, Suite 1300<br>Dallas, TX 75206<br>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 phone<br>214-987-9649 fax |
| Rama Fabrication, Inc. | 54 | **Registered Service Agent:**<br>Ronnie Rains<br>7141 Club Drive<br>Odessa, TX 79762 |
| Ransburg Corporation f/k/a Devilbiss Company | 5, 17, 22, 29, 32, 35-41, 45, 48, 52, 53, 59, 65-67, 69, 71-72 | Michael Walzel<br>walzel@sbf-law.com<br>**Stevens, Baldo & Freeman, L.L.P.**<br>550 Fannin, Suite 400<br>P.O. Box 4950<br>Beaumont, TX 77704<br>409-835-5200 phone<br>409-838-5638 fax |
| Richard Klinger, Inc. | 2 | **Principle Place of Business:**<br>229 S. State Street<br>Dover, Delaware 19901-6727 |
| RPM International Inc., successor to Bondo Corporation | 10, 16, 33 | **Principle Place Business:**<br>2628 Pearl Road<br>Medina, Ohio 44258 |
| Ruemelin Manufacturing Company, Inc. | 4, 5, 7, 11, 14, 38-40, 53, 59, 63, 65 | Lynne Ford<br>**Phillips & Akers**<br>3400 Phoenix Tower<br>3200 Southwest Freeway<br>Houston, TX 77027<br>713-552-9595 phone<br>713-552-0231 fax<br><br>Vanessa Vance<br>**McGlinchey Stafford, PLLC**<br>1001 McKinney, Suite 1500<br>Houston, TX 77002<br>713-520-1900 phone<br>713-520-1025 fax |
| Sammons BW, Inc. f/k/a Briggs Weaver, Inc. | 5, 6, 25, 29, 35, 37-43, 48, 52, 64-67, 71-72 | George P. Pappas<br>gpappas@sswpc.com<br>**Sheehy, Serpe & Ware**<br>2500 Two Houston Center<br>909 Fannin Street |

| Defendant | Corresponding Cases | Defendant Counsel Information |
|---|---|---|
| | | Houston, TX 77010<br>713-951-1000 phone<br>713-951-1199 fax |
| Sand Express | 71 | **Registered Service Agent:**<br>Melynda Phillips<br>Farm 3162<br>Sandia, TX 78383 |
| Sanstorm, Inc. | 4, 5, 7, 10, 11, 14, 16, 17, 25, 29-30, 32, 33, 37-43, 45, 46, 49-57, 59, 63, 65, 71-72 | Hubert Oxford, III<br>hubertoxford@benoxford.com<br>**Benckenstein & Oxford, L.L.P.**<br>P.O. Box 150<br>3535 Calder Avenue, Suite 300<br>Beaumont, TX 77706<br>409-833-9182 phone<br>409-833-8819 fax |
| Santa Rosa Oil Company | 54 | **Registered Service Agent:**<br>Elliott Roosevelt, Jr.<br>2626 Cole Avenue, Suite 600<br>Dallas, TX |
| Saxon Oil Corporation | 46 | Not known |
| Schmidt Manufacturing, Inc. | 1, 3-8, 10-15, 17-21, 24-32, 34-43, 45, 46, 48, 51-54, 56, 59-63, 65-72 | Andrew Oretsky<br>aoretsky@do-law.com<br>**Davis, Oretsky & Guilfoyle, P.C.**<br>1415 Louisiana, Suite 4200<br>Houston, TX 77002<br>713-659-1010 phone<br>713-659-1122 fax |
| Schramm, Inc. | 1, 3, 4-6, 7, 8, 10-15, 17-21, 24, 26-29, 31-33, 35-36, 38-40, 59-63, 66-70, 72 | Jeffrey Roberts<br>jroberts@rmgattorneys.com<br>**Roberts, Markel, Guerry, P.C.**<br>2500 City West Blvd., Ste. 1350<br>Houston, TX 77042<br>713-840-1666 phone<br>713-840-9404 fax |
| Scott Health and Safety Products | 58 | **Principle Place of Business:**<br>302 W. Crowell Street<br>Monroe, NV 28112-4649 |
| Sears, Roebuck and Company | 2 | **Registered Service Agent:**<br>3333 Beverly Road, D768 Tax BS-220<br>Hoffman Estates, Illinois 60179 |
| Sellstrom Manufacturing Co. | 10, 59 | Adam Fox<br>adam.fox@strasburger.com<br>**Strasburger & Price, L.L.P.**<br>901 Main Street, Suite 4300<br>Dallas, TX 75202<br>214-651-4873 phone<br>214-651-4330 fax |
| Shell Oil Company | 54, 59 | Registered Service Agent:<br>Corporation Service Company<br>701 Brazos Street, Suite 1050<br>Austin, TX 78701 |
| Sherwin-Williams Co. | 2, 64 | David Ledyard<br>**Strong, Pipkin, Bissell & Ledyard, LLP**<br>1400 San Jacinto Bldg.<br>595 Orleans<br>Beaumont, TX 77701<br>409-951-1000 phone<br>409-951-1010 fax |
| Sim-Chem | 2 | **Registered Service Agent:**<br>29777 Telegraph Road, Suite 2377<br>Southfield, Michigan 48034 |
| Sly, Inc., f/k/a W.W. Sly Manufacturing Company | 10, 29, 38-40 | M. Scott Pyle<br>pylems@fpwk.com |

| Defendant | Corresponding Cases | Defendant Counsel Information |
|---|---|---|
| | | **Forman, Perry, Watkins, Krutz & Tardy**<br>2001 Bryan Street, Suite 1300<br>Dallas, TX 75201<br>214-905-2924 phone<br>214-905-3976 fax |
| Sohio, individually and as successor in interest to Industrial Holdings Co. f/k/a The Carborundum Company; UNI-FRAX Corporation successor of The Carborundum Company | 1-6, 8, 11-15, 17-21, 24, 26-29, 31, 32, 34, 35, 38-40, 53, 60-64, 66-68, 70, 72 | Jeff Work<br>JWork@BMPllp.com<br>**Beirne, Maynard & Parsons, LLP**<br>1300 Post Oak Boulevard, 25th Floor<br>Houston, TX 77056<br>713-960-7367 phone<br>713-960-1527 fax |
| Southern Heat Exchanger Corporation Company | 2 | **Registered Service Agent:**<br>6100 Old Montgomery Highway<br>Tuscaloosa, Alabama 35403 |
| Southern Silica of Louisiana, Inc. | 1, 3-7, 10-15, 18, 19, 21, 24, 26-29, 31, 33, 34, 38-40, 44, 60-63, 65, 68, 70 | Robert Rose, Sr.<br>**Timacus & Rose, L.L.P.**<br>1612 IH 10 South<br>Beaumont, TX 77707<br>409-835-7300 phone<br>409-840-5607 fax |
| Southwestern Refining Company | 56, 65 | **Registered Service Agent:**<br>C.T. Corporation Systems<br>350 N. St. Paul<br>Dallas, TX 75201 |
| Specialty Sand Company | 1, 3-8, 10-15, 17-22, 24-30, 31, 33-45, 48, 51-53, 56, 59-63, 65-72 | William Coffey, Jr.<br>**Adams & Coffey**<br>550 Fannin, Suite 800<br>Beaumont, TX 77701<br>409-838-6767 phone<br>409-838-6950 fax<br><br>Mark R. Pickering<br>**Adams & Coffey**<br>550 Fannin, Suite 800<br>Beaumont, TX 77701<br>409-838-6767 phone<br>409-838-6950 fax |
| Sprayed Insulation & Acoustics, Inc. | 2 | **Process Address:**<br>Prentice Hall, Inc., 70 5th Ave.<br>New York, N.Y. 10011 |
| Sprayon Insulation & Acoustics, Inc. | 2 | **Process Address:**<br>120 Broadway, Room 332<br>New York, N.Y. 10011 |
| Standard Sand & Silica Company | 10, 16, 22, 33 | **BrownSimms, P.C.**<br>Tenth Floor<br>1177 West Loop<br>South Houston, Texas 77027-9007<br>(713) 629-1580 phone<br>(713) 629-5027 fax |
| STP Nuclear Operating Company | 43 | Not known |
| Struthers Wells Corporation | 2 | **Registered Service Agent:**<br>1009 Pennsylvania Ave.<br>West Warren, PA |
| Sullair Corporation | 1, 3-14, 17-22, 24, 26, 27, 28-30, 31, 33-40, 42, 45, 48-52, 54, 56, 58-70, 72 | Willard Tinsley<br>**Funderburk & Funderburk, L.L.P.**<br>1000 Riviana Building<br>2777 Allen Parkway<br>Houston, TX 77019-22178<br>713-526-1801 phone<br>713-526-2708 fax |
| Sunoco, Inc. | 30 | Michael L. Baker<br>**Strong, Pipkin, Bissell & Ledyard, LLP**<br>1400 San Jacinto Bldg. |

| Defendant | Corresponding Cases | Defendant Counsel Information |
|---|---|---|
| | | 595 Orleans Beaumont, TX 77701 |
| Survivair, Inc. | 4, 5, 7, 11, 14, 17, 25, 29, 37-40, 41, 42, 43, 45, 51, 56, 63, 65, 72 | Hubert Oxford, III hubertoxford@benoxford.com **Benckenstein & Oxford, L.L.P.** P.O. Box 150 3535 Calder Avenue, Suite 300 Beaumont, TX 77706 409-833-9182 phone 409-833-8819 fax |
| Tackaberry Company | 17, 32, 53 | William Book David Burns **Tekell, Book, Mathews & Limmer, LLP** 4300 One Houston Center 1221 McKinney Houston, TX 77010 713-222-9542 phone 713-655-7727 fax |
| Taylor Rental Center | 25, 37, 41, 43 | **Home Office:** 2554 Boca Chica Brownsville, TX |
| Tejas Rental & Leasing, Inc. | 25, 37, 41, 42, 43 | **Registered Service Agent:** Leroy Kittle 711 N. Cage Pharr, TX |
| Tejas Rentals Corporation | 25, 37, 41, 42, 43 | **Registered Service Agent:** Jimmy C. Payton 301 E. Kidd Iredell, TX 76649 |
| Tetra Tech FW, Inc. | 10 | **Registered Service Agent:** C T Corporation System 350 N. St. Paul Street Dallas, TX 75201 |
| Texaco Refining & Marketing, Inc. | 9, 30 | **Registered Service Agent:** Prentice Hall Corporation System 800 Brazos Street, Suite 750 Austin, TX 78701-2554 |
| Texas Foundries, Inc. | 17, 32 | **Registered Service Agent:** Harry Phillips 3901 Hemp Hill Street Fort Worth, TX 76113 |
| Texas Industries, Inc., a/k/a Tec-Minerals, Inc. | 10 | **Registered Service Agent:** C T Corporation System 350 N. St. Paul Street Dallas, TX 75201 |
| Textron, Inc. | 10, 23, 39, 30, 35-41, 45, 48, 52, 59, 65-67, 69, 71, 72 | Christopher Groves **Jones, Day, Reavis & Pogue** 2727 North Harwood Street Dallas, TX 75201 214-220-3939 phone 214-969-5100 fax |
| The Gates Corporation aka the Gates Rubber Company | 59 | **Principle Place of Business:** 900 S. Broadway Denver, CO 80217-5887 303-744-4496 phone 303-744-4600 fax |
| Thompson's Specialties, Inc. | 9, 56 | **Registered Service Agent:** R.K. Thompson 411 West Second Street Odessa, TX 79761 |
| Thorstenberg Materials Company | 1, 3-9, 11-15, 17-21, 23-30-32, 34-43, 45, 46, 48, 51-57, 59-63, | Edward J. Hennessy **Hennessy, Gardner & Barth** 502 Caroline, Suite 300 |

| Defendant | Corresponding Cases | Defendant Counsel Information |
|---|---|---|
| | 65, 68-71-72 | Houston, TX 77002-3594<br>713-224-5066 phone<br>713-224-5055 fax |
| Tide Port Petroleum, Inc | 59 | **Registered Service Agent:**<br>Lance K. Bruun<br>7111 North Caranchua, Suite 802<br>Corpus Christi, TX 78475 |
| Tide-Air, Inc. | 54, 55 | **Registered Service Agent:**<br>C.T. Corporation Systems<br>1021 Main Street, Suite 1150<br>Houston, TX 77002 |
| Titan Machinery, Inc. | 9, 54, 56 | **Registered Service Agent:**<br>J.S. Steward<br># 6 West Industrial Circle<br>Odessa, TX 79761 |
| Tower Iron Works, Inc. | 2 | **Registered Service Agent:**<br>CT Corporation System<br>101 Federal Street<br>Boston, Massachusetts 02110 |
| Triangle Supply Company | 2 | **Principle Place of Business:**<br>P.O. Box 59307<br>Dallas, TX 75229 |
| Tribo Petroleum nka Tri-Union Development Corporation | 59 | **Registered Service Agent:**<br>James M. Trimble<br>530 Lovett Blvd.<br>Houston, TX 77006 |
| Triplex, Inc., f/k/a Triplex Rubber and Supply Co. and Triplex Rubber & Supply Co. of Shreveport | 2, 38-40, 64 | Michael R. Walzel<br>walzel@sbf-law.com<br>**Stevens, Baldo & Freeman LLP**<br>550 Fannin Street, Suite 400<br>Beaumont, TX 77701<br>409-835-5200 phone<br>409-838-5638 fax |
| Troylit North America, Inc. | 1, 3-7, 11-15, 18-21, 24, 26-28, 31, 60-63, 68, 70 | **Cozzen O'Connor**<br>2300 BankOne Center<br>1717 Main Street<br>Dallas, Texas 75201 |
| Truman's, Inc. | 1, 3-8, 10-15, 17-21, 24, 26-29, 31, 32, 34, 38-40, 60-64, 68, 70, 72 | Ryan Benson<br>**Spain & Hastings**<br>Two Houston Center<br>909 Fannin, Suite 3900<br>Houston, TX 77010<br>713-650-9700 phone<br>713-650-9701 fax |
| T-Tex Supply, Inc.; T-Tex Sales, Inc. | 16, 47, 49, 50, 60-62, 68, 70 | Thomas B. Taylor<br>**Taylor & Warren, L.L.P.**<br>1330 Three Allen Center<br>333 Clay Street<br>Houston, TX 77002<br>713-658-1800 phone<br>713-658-1885 fax |
| Twentieth Century Fox Film Corporation | 38 | **Registered Service Agent:**<br>United States Corporation Company<br>701 Brazos Street, Suite 1050<br>Austin, TX 78701 |
| Twin City Fan Companies | 60-62, 68, 70 | **Principle Place of Business:**<br>5959 Trenton Lane North<br>Minneapolis, MN 55442-3237<br>763-551-7600 phone<br>763-551-7601 fax |
| TXI Operations, LP dba TEC Minerals | 71 | **Registered Service Agent:**<br>CT Corporation Systems |

| Defendant | Corresponding Cases | Defendant Counsel Information |
|---|---|---|
| | | 350 North St. Paul Street, Suite 2900<br>Dallas, TX 75201 |
| U.S. Filter/Wheelabrator Frye, Inc. f/k/a Permutit, Inc. | 2, 6, 35, 38-40 | **Home Office:**<br>US Steel Building, 38th Floor<br>Pittsburgh, PA 15219 |
| U.S. Silica Company f/k/a Pennsylvania Glass Company, Successor in interest to the Ottawa Silica Company | 1, 3-15, 17-21, 23-24, 26-29, 31, 32, 34-36, 38-41, 45, 48, 53, 54, 56, 59-63, 65-70, 72 | David Sharp<br>DSharp@BMPllp.com<br>**Beirne, Maynard & Parsons, L.L.P.**<br>1300 Post Oak Blvd., Suite 2500<br>Houston, TX 77056-3000<br>713-623-0887 phone<br>713-960-1527 fax |
| Unimin Corporation | 4-7, 10, 11, 14, 21, 29, 31, 38-40, 72 | J.D. Bashline<br>jdbashline@MAPALaw.com<br>**McLeod, Alexander, Powel & Apffel, P.C.**<br>344 Onyx Building<br>172225 El Camino<br>Houston, TX 77058<br>281-486-1888 phone<br>281-486-4888 fax |
| Union Carbide Corporation | 1, 2, 17, 26, 32, 53, 64 | Gary Elliston<br>gelliston@dehay.com<br>**DeHay & Elliston, L.L.P.**<br>3500 Bank of America Plaza<br>901 Main Street<br>Dallas, TX 75202-3736<br>214-210-2400 phone<br>214-210-2500 fax |
| Uniroyal, Inc. a/k/a Clayton & Dublier, Inc. | 2, 64 | Laura Sander Brown<br>lsbrown@fpwk.com<br>**Forman, Perry, Watkins, Krutz & Tardy**<br>One Jackson Place, Suite 1200<br>P.O. Box 22608<br>Jackson, MS 39225-2608<br>601-960-8600 phone<br>960-8613 fax |
| United Rental (North America) Inc dba United Equipment Rentals fka Brown Rental Equipment Company Inc. | 59 | **Principle Place of Business:**<br>United Rentals, Inc.<br>Five Greenwich Office Park<br>Third Floor<br>Greenwich, CT 06830<br>203-622-3131 phone<br>203-622-6080 fax |
| United States Filter Corporation | 35 | **Principle Place of Business:**<br>Richard Heckmann, Chief Executive Officer<br>40-004 Cook Street<br>Palm Desert, California 92211 |
| United Technologies | 2 | **Principal Place of Business:**<br>United Technologies Building<br>One Financial Plaza<br>Hartford, Connecticut 06101 |
| USF Surface Preparation Group | 29, 59 | **Davis Oretsky**<br>1415 Louisiana, Suite 4200<br>Houston, Texas 77002<br>(713) 659-1010 phone<br>(713) 659-1122 fax |
| Valero Energy Corporation | 58, 59 | **Registered Service Agent:**<br>CT Corporation System<br>1021 Main Street, Suite 1150<br>Houston, TX 77002 |
| Vallen Corporation a/k/a Vallen Safety Supply | 1, 3-9, 11-15, 17-21, 23-32, 34, 35, 37-43, 53, 54, 56, 59-60, 62-63, 65-68, 70-72 | David Brill<br>**Brill & Associates, P.C.**<br>602 Sawyer, Suite 490<br>Houston, TX 77007 |

| Defendant | Corresponding Cases | Defendant Counsel Information |
|---|---|---|
| | | 713-863-0579 phone<br>713-863-0564 fax |
| Valley Steel & Pipe Company | 25, 37, 41, 42, 43 | **Registered Service Agent:**<br>Lawrence Thompson<br>W. Hwy 83 Harlingen, TX |
| Vitro Chemicals, Fibers & Mining, Inc. | 33 | **Registered Service Agent:**<br>CT Corporation System<br>1021 Main Street, Suite 1150<br>Houston, TX 77002 |
| Vulcan Materials Company | 4-11, 14, 20, 23, 24, 27, 29, 31, 54, 55, 59, 63 | W. Bruce Williams<br>bwilliams@cbtd.com<br>**Cotton, Bledsoe, Tighe & Dawson**<br>500 West Illinois, Suite 300<br>PO Box 2776<br>Midland, TX 79702-2776<br>915-684-5782 phone<br>915-682-3672 fax |
| Warren Pumps, Inc. | 2, 64 | **Principal Place of Business:**<br>82 Brides Avenue, P.O. Box 969<br>Warren, Massachusetts 01083-0969 |
| Wedron Silica Company, Inc. | 17, 32, 38-40, 53, 65 | Jerry C. Parker<br>jparker@sammons-parker.com<br>Jeffery J. Shaver<br>jshaver@sammons-parker.com<br>Reid W. Martin<br>rmartin@sammons-parker.com<br>**Sammons & Parker**<br>218 N. College<br>Tyler, TX 75702<br>903-595-4541 phone<br>903-595-3766 fax |
| Wesco Refractories, Inc. | 17, 32, 35 | Robert E. Thackston<br>rthackston@hplegal.com<br>**Hawkins, Parnell & Thackston**<br>4514 Cole Avenue, Suite 550<br>Dallas, Texas 75205<br>214-780-5100 phone<br>214-780-5200 fax |
| Wheelabrator Air Pollution Control | 65 | Andrew S. Oretsky<br>**Davis Oretsky LLP**<br>1415 Louisiana, Suite 4200<br>Houston, Texas 77002<br>713-659-1010 phone<br>713-659-1122 fax |
| Wheeler Protective Apparel | 38-40 | **Home Office:**<br>Registered Agent<br>133 West Belmont<br>Chicago, IL 60641 |
| Zurn Industries | 2, 64 | Kyle C. Steele<br>kcsteele@fpwk.com<br>**Forman, Perry, Watkins, Krutz & Tardy, PLLC**<br>2001 Bryan Street, Suite 1300<br>Dallas, TX 75201<br>214-905-2924 phone<br>214-905-3976 fax |